①

Lawrence Dancier Jackson
*(full name/prisoner number)*
Shoshone - Bannock Tribal
Correctional Facility P.O. Box B70
Fort Hall Idaho  83203
*(complete mailing address)*

**U.S. COURTS**

JAN 2 2 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

Lawrence Dancier Jackson
*(full name)*

      Plaintiff,

    v.

Shoshone - Bannock Tribal
Justice Center
Tribal Court
Tribal Correctional Facility
Personnel named in Causes
     Defendant(s). of action

*(if you need additional space, use a blank page
for a continuation page)*

Case No.
*(to be assigned by Court)*

**PRISONER COMPLAINT**

Jury Trial Requested: ☑ Yes   ◯ No

## A. JURISDICTION

The United States District Court for the District of Idaho has jurisdiction over my claims under:
*(check all that apply):*

- ☑ 42 U.S.C. § 1983 *(applies to state, county, or city defendants)*
- ☑ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 *(applies to federal government defendants only)*
- ☑ Other federal statute *(specify)* 25 U.S.C. 175 ; or diversity of citizenship.
- ☑ I also ask the federal court to exercise supplemental jurisdiction over state law claims.

## B. PLAINTIFF

My name is Lawrence Dancier Jackson . I am a citizen of the State of Idaho ,

presently residing at  75 South Treaty Hwy # 6 # 7 Pocatello ID 83202.

PRISONER COMPLAINT - p. 1_

*(Rev. 10/24/2011)*

2

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing  C. Sweat #205 , who was acting as  Tribal Patrol Officer
   (defendant)                                        (job title, if a person; function, if an entity)

for the  Shoshone-Bannock Police
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on  November 12, 2020 , Defendant did
                                                              (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
After I was secured in handcuffs without being informed of my charges
and without being read my 5th Amendment Miranda Rights, I was transported
off of my families "Private Property" off U.S. Highway 91 between Ellworth and
Edmo Roads to the Portneuf Hospital in Bannock County Idaho Pocatello. At
the Portneuf Hospital as I was being Examined for COVID-19, C. Sweat
a Officer of the Peace, used his position of Trust and Authority to boast and brag
about his disregard for the "Rule of Law" by stating "If you are filing a Law Suit against
State-Sponsored Terrorism, I'll be the first Terrorist on the List!" effectively using
and Abusing His Position of Trust and Authority as a Platform to incite insurrection and
rebellion during a State-of-Emergency COVID-19 Operation Warp Speed, which is not
constitutionally protected and poses a threat to the public health and safety

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:  Idaho Statute 18-315. Omission of Public Duty
Breach of Title VII of the Federal Civil Rights Act of 1964 Language Code for a
Federal Government Employee is a First Amendment Violation or a "Clear and Present Danger"
18 U.S. Code §2331 (5)(A) (5)(B)(i) to intimidate or coerce a civilian population

4. I allege that I suffered the following injury or damages as a result: Idaho State Terrorist Control Act
I did not recieve a COVID-19 test at
the Portneuf Hospital and I was transported to a Cold Dry Cell at SB Tribal
Correctional Facility without Due Process of Law or and without a Professional
COVID-19 screening I have been incarcerated "under conditions posing a substantial
risk of serious harm" C. Sweat's "acts or omissions [were] sufficiently harmful to evidence
deliberate indifference to serious medical needs."

5. I seek the following relief: Affirmative Action
Idaho Statute 31-2227 - to have State Police act without Federal Bureau of Investigation
and Arrest SB Tribes Officer C. Sweat for "Domestic Terrorism" during COVID-19

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or
   ☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from* $1,000,000
   *entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board Council
   Complaint form into the SB Tribal Attorney's Office

*(Rev. 10/24/2011)*

3) My November 12.2020 after 10:15ₘPortneuf Hospital
wrist band  Photo Copy

 

Jackson, Lawrence 37 y.o.
SEX: M MRN: 000006896
DOB: 11/17/1982 Adm:
AC1000200100153

C. Sweat also boasted about this First Amendment
"Clear and Present Danger" violation being recorded by
his body cam which is available in my SB Tribal
court Discovery.



# The SHOSHONE-BANNOCK TRIBES

SHOSHONE-BANNOCK TRIBAL COURT
P.O. BOX 306
FORT HALL, IDAHO 83203

Tribal Prosecutors Office
(208) 236-1077
Fax (208) 236-1153

Lawrence Jackson
Fort Hall Corrections (inmate)

Dear Mr. Jackson,

I received the letter you recently sent to my office.  Because you are currently represented, I can have very limited contact with you.

In your letter, you ask for me to give you discovery. I cannot do this since you have counsel.  I have given a copy of your letter and a copy of this response to your advocate.  You will need to speak to him in regards to your questions.

Sincerely,

1/4/21

Byram Beckstead
Tribal Prosecutor

# FORT HALL POLICE DEPARTMENT
## REPORT OF ARREST

Fort Hall Agency
Fort Hall, Idaho

I.R.# __2012067__

NAME __Lawrence, Jackson__

Social Security # __518·31·8131__

Height __5'11__    Weight __270__

Tribe __Shoshone-Bannock__

Occupation __n/a__

DATE __11·12·2020__

ADDRESS __Rt 6 Box 41 Pocatello, ID__

Age __37__    DOB __11·17·82__

Hair __Black__    Eyes __Brown__

Birthplace __Pocatello, ID__

Where Arrested __75 S. Treaty #6__    County __Bannock__    Time __2215__

DUI:  YES:____  NO:____    Intoxilyzer Results _____    Refusal:  Yes____  No____

Charge: __8-3-16(A), 8-1-115, 8-1-91, 8-1-61__

Remarks: _____

_____

_____#205__

OFFICER/COMPLAINANT

LITHO 20-0420

FHPD (Records) - Original   Prosecutor - Yellow   FHPD (Detention) - Pink

 

*Officer Report for Incident 2012067*                                        *Page 2 of 7*

| When Reported: | 21:40:34 11/12/20 | Disposition: | CAA Date: 11/12/20 |
| Judicial Status: | | Occurred between: | 21:40:32 11/12/20 |
| Misc Entry: | 1 Adlt Arst | and: | 21:52:23 11/12/20 |

| Modus Operandi: | Description : | Method : |

## Involvements

| Date | Type | Description | |
|------|------|-------------|---|
| 11/12/20 | Name | JACKSON, THEODORE WILLIAM III | Complainant |
| 11/12/20 | Name | JACKSON, LAWRENCE DANCIER | SUBJECT |
| 11/12/20 | Offense | Offense#: 30548 - TR - 1 count | CHARGED WITH |
| 11/12/20 | Offense | Offense#: 30549 - TR - 1 count | CHARGED WITH |
| 11/12/20 | Offense | Offense#: 30550 - TR - 1 count | CHARGED WITH |
| 11/12/20 | Offense | Offense#: 30551 - TR - 1 count | CHARGED WITH |
| 11/12/20 | Cad Call | 21:40:34 11/12/20 Domestic | Initiating Call |
| 11/13/20 | Evidence | 12 Degree cartridge and probes | Evidence Incident |



# Fort Hall Police Department

Officer Report for Incident 2012067

| | |
|---|---|
| **Nature:** Domestic | **Address:** 75 S Treaty Hwy # 6 |
| **Location:** PDFH | Fort Hall ID 83203 |

**Offense Codes:** DMVO, OBST, THRE, INTP

| | | |
|---|---|---|
| **Received By:** J Galindo | **How Received:** T | **Agency:** FHPD |
| **Responding Officers:** C Sweat, T Vance | | |
| **Responsible Officer:** C Sweat | **Disposition:** CAA 11/12/20 | |
| **When Reported:** 21:40:34 11/12/20 | **Occurred Between:** 21:40:32 11/12/20 and 21:52:23 11/12/20 | |

| | | |
|---|---|---|
| **Assigned To:** | **Detail:** | **Date Assigned:** **/**/** |
| **Status:** | **Status Date:** **/**/** | **Due Date:** **/**/** |

| | | | |
|---|---|---|---|
| **Complainant:** 3180 | | | |
| **Last:** JACKSON | **First:** THEODORE | **Mid:** WILLIAM | |
| **DOB:** 08/26/60 | **Dr Lic:** DB187088F | **Address:** ELLSWORTH AND EDMO | |
| **Race:** I   **Sex:** M | **Phone:** (208)479-1588 | **City:** Fort Hall, ID 83203 | |

## Offense Codes

| | |
|---|---|
| **Reported:** DMVO Domestic Violence | **Observed:** DMVO Domestic Violence |
| **Additional Offense:** DMVO Domestic Violence | |
| **Additional Offense:** OBST Obstructing Officer | |
| **Additional Offense:** THRE Threatening | |
| **Additional Offense:** INTP Intoxicated Person | |

## Circumstances

ADLT ADULT
NB Night Shift-Weekend
LT20 Residence or Home
LT10 Field or Woods
SUA Suspected, Alcohol Use

| **Responding Officers:** | **Unit :** |
|---|---|
| C Sweat | 205 |
| T Vance | 209 |

| | |
|---|---|
| **Responsible Officer:** C Sweat | **Agency:** FHPD |
| **Received By:** J Galindo | **Last Radio Log:** 23:36:43 11/12/20 CMPLT |
| **How Received:** T Telephone | **Clearance:** CIA Citation-Arrest Indian |

**Narrative**

Fort Hall Police Department
Investigation Narrative

On November 12, 2020 at approximately 21:40 hours I, Field Training Officer Sweat, was dispatched to the area of 75 S. Treaty Highway #6. I was initially informed Theodore Jackson would be waiting in a black car in that area to report a domestic incident in the area of Edmo Road and Highway 91.

I arrived in the area, and located T. Jackson near the entrance to his driveway off of Highway 91. T. Jackson stated his son, known to me to be Lawrence Jackson, had assaulted him in the kitchen. T. Jackson stated L. Jackson had struck him in the face and thrown him to the ground. T. Jackson stated he had attempted to block one of the strikes, which had caused his Right hand to swell.

I photographed T. Jackson where he stated he had been injured. I observed a small amount of swelling on T. Jackson's right hand.

I asked T. Jackson if there was somewhere he could go while I attempted to make contact at the residence. He stated he would go to the neighbor's. T. Jackson stated he wanted the Police to enter the residence and take L. Jackson. I confirmed with T. Jackson he was giving Officers permission to force entry to the residence if L. Jackson did not answer the door. He stated yes, and requested Officers use the door on the East wall of the residence.

I am familiar with L. Jackson from previous encounters, and requested Ofc. Vance respond to my location to assist.

Once Ofc. Vance arrived, I proceeded to the East door and knocked and announced. I did this two times, before also announcing I had received permission to force entry to the residence. At that point, the door opened, and I made contact with L. Jackson.

I first asked L. Jackson what had happened that evening. He stated nothing, but I noticed he spoke with extremely slurred speech. I then observed L. Jackson to have red, watery, bloodshot eyes.

I asked L. Jackson how much he'd had to drink. He stated he'd had nothing. He then asked if he could step outside and speak with me. I stated he could. He asked if he could then grab a coat, as it was cold outside. I was in the process of telling him I would accompany him to grab a coat, when he attempted to slam the door closed.

I stopped the door from closing all the way, and grabbed the handle and turned it, preventing L. Jackson from locking the door. However, he held the door closed on the other side. I attempted to force my way through, but was unable to make entry. I informed L. Jackson at that point he was under arrest, and directed him to open the door.

L. Jackson continued to hold the door closed for several more seconds, all the while ignoring commands to open the door. At one point, L. Jackson began to call out for the Idaho State Police.

Abruptly, the opposing pressure on the door relented, and I stepped back to gain

my balance before entering.  I entered in time to see L. Jackson run through a door at the top of a short staircase.  I proceeded to run after L. Jackson and go through the same doorway.

I had produced my taser while still at the front door.  As I moved through the doorway L. Jackson had just gone through, I observed him about to exit the residence on the West side.  There was a bed in my way, and I attempted to deploy my taser at that point, to prevent L. Jackson from exiting the residence.  However, the taser darts struck a recliner between myself and L. Jackson.

I proceeded around the bed, and exited the residence.  Ofc. Vance stated the subject was running Westbound around an abandoned residence just west of T. Jackson's residence.

I proceeded to that area and began to search the field for L. Jackson.  A short time later, I located L. Jackson laying down beside a barbed wire fence, North of the abandoned house.

I commanded L. Jackson to place his hands behind his back, and he was taken in to custody without further incident.

Ofc. Vance and I escorted L. Jackson to my assigned patrol vehicle.  While securing L. Jackson in my vehicle, he looked at me and stated, "you're dead now".  I asked if he was threatening me.  L. Jackson then emphatically stated, "yeah!".  L. Jackson has alert codes for guns on person, assault, and felony convictions.  He is also listed in our reporting software as believed to be armed and dangerous.  These things taken together convince me L. Jackson has both the capability and willingness to follow through on such a threat.

I then transported L. Jackson to Portneuf Medical Center for medical clearance.  After being medically cleared, I transported L. Jackson back to Fort Hall Corrections, where he was turned over to their custody.

L. Jackson was ultimately charged with the following violations of the Tribal Law and Order Code.  8-3-16(A) Domestic Abuse, 8-1-115 Intoxicated Person, 8-1-91 Obstructing an Officer, and 8-1-61 Threatening.

Upon returning to the Justice Center, I attempted to make contact with T. Jackson by telephone for follow up.  However, I was unable to reach him by telephone at that time.

Reporting Officer

FTO C. Sweat #205
11/13/2020 01:12
Fort Hall Police Department

## Supplement

CAD Call info/comments
==========================================

21:40:32 11/12/2020 - J Galindo
Theodore Jackson 220-7699 Black PC was attacked by Lawrence Jackson earlier
wanting to meet Officers at  corner of Edmo and 91
21:44:43 11/12/2020 - J Galindo
Q: Physical or Verbal?
A: physical
21:44:50 11/12/2020 - J Galindo
Q: Injuries? EMS needed? (stage if not secure)
A: Refused EMS
21:44:59 11/12/2020 - J Galindo
Q: Suspect on scene? location? Description? Direction of
travel.
A: Suspect believed to be in basement
21:52:23 11/12/2020 - J Galindo
Address change from Edmo Rd & S Treaty Hwy; 91 to 75 S Treaty Hwy # 6
21:54:34 11/12/2020 - J Galindo - From: C Sweat
out with the RP
22:01:12 11/12/2020 - J Galindo - From: C Sweat
made contact with RP will be waiting at neighbor residence has given Officers
permission to force entry into the residence if Lawrence does not open door
22:08:47 11/12/2020 - J Galindo - From: C Sweat
out with Lawrence Jackson
22:09:57 11/12/2020 - J Galindo - From: T Vance
lawrence is blocking door refusing entry to Officers clear air
22:11:17 11/12/2020 - J Galindo - From: T Vance
advise supervisor
22:11:39 11/12/2020 - J Galindo - From: C Sweat
subject left the residence WB
22:12:18 11/12/2020 - J Galindo - From: C Sweat
Officers are C4 attempting to locate the subject
22:14:18 11/12/2020 - J Galindo - From: C Sweat
Taser was deployed not effective
22:15:13 11/12/2020 - J Galindo - From: C Sweat
located subject W of residence in field
22:15:33 11/12/2020 - J Galindo - From: C Sweat
Arrested Lawrence Jackson
22:24:59 11/12/2020 - J Galindo - From: C Sweat
neither probe made contact non injury domestic, check if clearance is needed
22:31:29 11/12/2020 - J Galindo
Notified Teeter that safe to return to residence

**Supplement**

Fort Hall Police Department
Supplemental Narrative

On 11/12/20 at approximately 2200 hours, I, Officer T. Vance #209 was assisting Field Training Officer (FTO) C. Sweat #205 at the address of 75 South Highway 91 #6. See FTO. C. Sweat #205 report for further.

Upon arriving to the above address, officers made contact with LAWRENCE JACKSON (DOB: 11/17/1982). As officers spoke with LAWRENCE, he advised officers of grabbing his jacket from inside the residence because it was cold outside and he would speak to officers outside his residence.

Once LAWRENCE was advised he would be followed by officers as he went back into his residence due to the violent history, LAWRENCE immediately slammed the door preventing officers from entering his residence. During this time, LAWRENCE had used his body to block the door from opening. Officers then advised LAWRENCE of be placed under arrest.

Once officers were finally able to make entry into the residence, LAWRENCE then fled further into the residence closing an interior door. As officers opened the interior door, I observed LAWRENCE fleeing out of the West entrance door and into a field on the W. side of the residence.

As I arrived to the W. side of the residence, I observed LAWRENCE fleeing further W. of the residence, behind an additional residence. During this time, I lost visual of LAWRENCE. As officers began to search for LAWRENCE, FTO. C. Sweat #205 was able to locate him lying on the ground amongst tall bushes.

While officers remade contact with LAWRENCE, I was then able to place handcuffs on, checking for tightness and double-lock. Officers then assisted LAWRENCE to his feet and escorted him to FTO. C. Sweat's #205 patrol unit where he was then secured in the back of the patrol unit. See FTO. C. Sweat's report for further. Officers then cleared the scene without further incident.

End of report

Officer T. Vance #209
FHPD
Date: 11/12/20
Time: 2336

## Name Involvements:

**SUBJECT :** 8123
    **Last:** JACKSON    **First:** LAWRENCE    **Mid:** DANCIER
    **DOB:** 11/17/82    **Dr Lic:** EA124134I    **Address:** 75 S Treaty Hwy # 6
    **Race:** I    **Sex:** M    **Phone:** (208)223-1588    **City:** Fort Hall, ID 83202

**Complainant :** 3180
    **Last:** JACKSON    **First:** THEODORE    **Mid:** WILLIAM
    **DOB:** 08/26/60    **Dr Lic:** DB187088F    **Address:** ELLSWORTH AND EDMO
    **Race:** I    **Sex:** M    **Phone:** (208)479-1588    **City:** Fort Hall, ID 83203

11/13/20

# Fort Hall Police Department Photo Log

| AGENCY: | | DATE OF REPORT | | TIME OF THIS REPORT | |
|---|---|---|---|---|---|
| Fort Hall Police Department | | 11/12/2020 | | 21:40 | |
| **CASE NUMBER:** | | **INCIDENT:** | | **VICTIM:** | |
| 2012067 | | Domestic | | Theodore Jackson | |
| **SUBJECT:** | | **LOCATION PHOTOS TAKEN:** | | | |
| Lawrence Jackson | | 75 S. Treaty Highway #6 | | | |
| **PHOTOGRAPHER:** | | | **ASSISTED:** | | |
| FTO C. Sweat #205 | | | | | |
| **PHOTO # (s)** | Camera used: | iPhone Xs | | | |



# Fort Hall Police Department Photo Log

| AGENCY: | | DATE OF REPORT | | TIME OF THIS REPORT | |
|---|---|---|---|---|---|
| Fort Hall Police Department | | 11/12/2020 | | 21:40 | |
| CASE NUMBER: | | INCIDENT: | | VICTIM: | |
| 2012067 | | Domestic | | Theodore Jackson | |
| SUBJECT: | | LOCATION PHOTOS TAKEN: | | | |
| Lawrence Jackson | | 75 S. Treaty Highway #6 | | | |
| PHOTOGRAPHER: | | | ASSISTED: | | |
| FTO C. Sweat #205 | | | | | |
| PHOTO # (s) | | Camera used: | iPhone Xs | | |

End of Report
FTO C. Sweat #205
Fort Hall Police Department

# Fort Hall Police Department Photo Log

| AGENCY:<br>Fort Hall Police Department | DATE OF REPORT<br>11/12/2020 | TIME OF THIS REPORT<br>21:40 | |
|---|---|---|---|
| CASE NUMBER:<br>2012067 | INCIDENT:<br>Domestic | VICTIM:<br>Theodore Jackson | |
| SUBJECT:<br>Lawrence Jackson | LOCATION PHOTOS TAKEN:<br>75 S. Treaty Highway #6 | | |
| PHOTOGRAPHER:<br>FTO C. Sweat #205 | | ASSISTED: | |
| PHOTO # (s) | Camera used:    iPhone Xs | | |



# Fort Hall Police Department Photo Log

| AGENCY:<br>Fort Hall Police Department | DATE OF REPORT<br>11/12/2020 | TIME OF THIS REPORT<br>21:40 | |
|---|---|---|---|
| CASE NUMBER:<br>2012067 | INCIDENT:<br>Domestic | VICTIM:<br>Theodore Jackson | |
| SUBJECT:<br>Lawrence Jackson | LOCATION PHOTOS TAKEN:<br>75 S. Treaty Highway #6 | | |
| PHOTOGRAPHER:<br>FTO C. Sweat #205 | ASSISTED: | | |
| PHOTO # (s) | Camera used:    iPhone Xs | | |



# Fort Hall Police Department Photo Log

| AGENCY: | | DATE OF REPORT | | TIME OF THIS REPORT | |
|---|---|---|---|---|---|
| Fort Hall Police Department | | 11/12/2020 | | 21:40 | |
| CASE NUMBER: | | INCIDENT: | | VICTIM: | |
| 2012067 | | Domestic | | Theodore Jackson | |
| SUBJECT: | | LOCATION PHOTOS TAKEN: | | | |
| Lawrence Jackson | | 75 S. Treaty Highway #6 | | | |
| PHOTOGRAPHER: | | | ASSISTED: | | |
| FTO C. Sweat #205 | | | | | |
| PHOTO # (s) | | Camera used: | iPhone Xs | | |



*Figure 5: Expended ECD cartridge and probes.*

# Fort Hall Police Department Photo Log

| AGENCY: | | DATE OF REPORT | TIME OF THIS REPORT | |
|---|---|---|---|---|
| Fort Hall Police Department | | 11/12/2020 | 21:40 | POLICE |
| CASE NUMBER: | | INCIDENT: | VICTIM: | |
| 2012067 | | Domestic | Theodore Jackson | |
| SUBJECT: | | LOCATION PHOTOS TAKEN: | | |
| Lawrence Jackson | | 75 S. Treaty Highway #6 | | |
| PHOTOGRAPHER: | | ASSISTED: | | |
| FTO C. Sweat #205 | | | | |
| PHOTO # (s) | Camera used: | iPhone Xs | | |



# Fort Hall Police Department Photo Log

| AGENCY: | DATE OF REPORT | TIME OF THIS REPORT |
|---|---|---|
| Fort Hall Police Department | 11/12/2020 | 21:40 |

| CASE NUMBER: | INCIDENT: | VICTIM: |
|---|---|---|
| 2012067 | Domestic | Theodore Jackson |

| SUBJECT: | LOCATION PHOTOS TAKEN: | |
|---|---|---|
| Lawrence Jackson | 75 S. Treaty Highway #6 | |

| PHOTOGRAPHER: | ASSISTED: |
|---|---|
| FTO C. Sweat #205 | |

| PHOTO # (s) | Camera used: | iPhone Xs |
|---|---|---|



*Figure 4: T. Jackson Right Hand*

# Fort Hall Police Department Photo Log

| AGENCY: | DATE OF REPORT | TIME OF THIS REPORT | |
|---|---|---|---|
| Fort Hall Police Department | 11/12/2020 | 21:40 | POLICE |
| CASE NUMBER: | INCIDENT: | VICTIM: | |
| 2012067 | Domestic | Theodore Jackson | |
| SUBJECT: | LOCATION PHOTOS TAKEN: | | |
| Lawrence Jackson | 75 S. Treaty Highway #6 | | |
| PHOTOGRAPHER: | | ASSISTED: | |
| FTO C. Sweat #205 | | | |
| PHOTO # (s) | Camera used:   iPhone Xs | | |



*Figure 3: T. Jackson Left side*

# Fort Hall Police Department Photo Log

| AGENCY: | DATE OF REPORT | TIME OF THIS REPORT |
|---|---|---|
| Fort Hall Police Department | 11/12/2020 | 21:40 |

| CASE NUMBER: | INCIDENT: | VICTIM: |
|---|---|---|
| 2012067 | Domestic | Theodore Jackson |

| SUBJECT: | LOCATION PHOTOS TAKEN: |
|---|---|
| Lawrence Jackson | 75 S. Treaty Highway #6 |

| PHOTOGRAPHER: | ASSISTED: |
|---|---|
| FTO C. Sweat #205 | |

| PHOTO # (s) | Camera used: | iPhone Xs |
|---|---|---|



*Figure 2: T. Jackson Right Side*

# Fort Hall Police Department Photo Log

| AGENCY: | DATE OF REPORT | TIME OF THIS REPORT | |
|---|---|---|---|
| Fort Hall Police Department | 11/12/2020 | 21:40 | |
| CASE NUMBER: | INCIDENT: | VICTIM: | |
| 2012067 | Domestic | Theodore Jackson | |
| SUBJECT: | LOCATION PHOTOS TAKEN: | | |
| Lawrence Jackson | 75 S. Treaty Highway #6 | | |
| PHOTOGRAPHER: | ASSISTED: | | |
| FTO C. Sweat #205 | | | |
| PHOTO # (s) | Camera used:    iPhone Xs | | |



*Figure 1: Theodore Jackson*

FILED IN THE
SHOSHONE-BANNOCK
TRIBAL COURT

SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION, IDAHO   2020 DEC 1 AM 9 59
CRIMINAL DIVISION

CLERK OF THE COURT
BY
ASSISTANT CLERK

| | |
|---|---|
| **SHOSHONE-BANNOCK TRIBES,**<br>**PLAINTIFF,**<br><br>**VS**<br><br>**Jackson, Lawrence,**<br>**DEFENDANT.** | **REQUEST FOR DISCOVERY**<br><br>**IR #: 2012067**<br><br>**Case(s): 2020-CR-AR-1463**<br>**2020-CR-DV-1464**<br>**2020-CR-MD-1465/1466** |

To the Public Defender's Office and/or Counsel of Record for the Defendant:

The Shoshone-Bannock Tribes do hereby request, pursuant to the Shoshone-Bannock Tribal Law and Order Code 1980 Revised Edition, Chapter 20 § 16, **DISCOVERY AND INSPECTION** of the following information, evidence, and materials:

1. Statement(s) of the Defendant, either written or recorded
2. Statement(s) of Co-Defendant(s) or any other witness Defendant intends to call at the trial either written or recorded.
3. Videos, books, papers, documents, and tangible objects, photographs, or copies or portions thereof which are within the possession, custody and control of the Defendant and which the Defendant intends to introduce as evidence at the trial
4. Results of any reports of physical or mental examination or scientific tests or experiments made in connection with the case which the Defendant intends to introduce at the time of trial.
5. List of all witnesses, and summary of facts to which each witness is to testify.
6. Copies or photographs of all exhibits the Defendant intends to introduce at trial.
7. Notice of intent to rely on an alibi defense, including a list of alibi witnesses.
8. Copies of all investigative reports in Defendant's possession, including polygraph results, dealing with the incident(s) complained off in the above cases.

**This request for discovery is ongoing**: any evidence or material discovered prior to or during trial must be promptly disclosed to the Tribal Prosecutors.

DATE:   30 November 2020        SIGNED:   _Byram Beckstead_ BB
                                         Tribal Prosecutor's Office

**\*\*CERTIFICATE OF SERVICE\*\***

I hereby certify that I delivered this Request for Discovery to the Public Defender's Office and/or Counsel of Record through the interoffice routing system or by first class mail.

_____   10/1/20
Tribal Prosecutor / Secretary           Date

1/15/2021 5:58:00 PM

## jllog.agency = SBCF    jllog.num = 1378772

Jail Incident Number:
Location:
Event Type:                          *Miscellaneous Entry*
Responsible Officer:                 *T Bosquez*
Start Date:                          *01/15/2021 14:57:26*
End Date:
Quantity:                            *0*

## Additional Info

DAN HALL DROPPING OF DISCOVERY FOR LAWRANCE JACKSON FOR SCOTT HEIDI

## Inmates Involved

| Name Number | Type | Booking Number | Assigned Housing | Bed ID | Last | First | Middle |
|---|---|---|---|---|---|---|---|
| 8123 | 14657 | 300 POD | 4 | JACKSON | LAWRENCE | DANCIER |

## Officers Involved

Officer

T Bosquez

Copyright © 2007-2021 All rights reserved.  Spillman Technologies, Inc.

## SHOSHONE-BANNOCK CORRECTIONAL FACILITY

### INMATE REQUEST FORM

DATE: 1/15/2021  INMATE NAME: Lawrence Jackson  POD: 300

REQUEST: I request Correctional Officer Wren
to provide me with a Jail log of .
recieving my discovery because it
is dated or antedated on 12-1-20
today is 1-15-21

Inmate Copy

REPLY FROM STAFF:

Rec'd copy of log

LOGGED ON COMPUTER: ____X____  ORIGINAL IN FILE: _____  COPY TO INMATE: _____

DATE & TIME RECEIVED: _____ 15 JAN 16:47

OFFICER NAME & #: R 317

DATE & TIME ANSWERED: 1/15/01 @ 1800 hrs

OFFICER NAME & #: LWREN #357

EVENT # 1378819

# C. DEFENDANT(S) AND CAUSE(S) OF ACTION

(5)

1. I am suing Lunita Ariwite, who was acting as Chief Judge for the Shoshone-Bannock Tribal Court

I Lawrence Dancier Jackson was arrested on the 12th Day of November 2020 off of U.S. Highway 91 between Edmo and Ellsworth roads on my families "Private Property" where I have several signed witness statements of my Residence.

On the 13th Day of November 2020 I Lawrence Dancier Jackson was brought before Judge Lunita Ariwite for an Arraignment proceeding  via (CARES Act) Teleconference Justice  COVID-19 Remote Communications.

Before the proceedings I Lawrence Dancier Jackson was pulled out of the "Drunk Tank", a Shoshone-Bannock Correctional Facility Officer told me that on the night of the 12th Day of November 2020 when I was Intoxicated. I was stripped naked in the "Drunk Tank" Cell A and I was given Jail Clothes and a Used Reused washed cloth COVID-19 mask that I had to secure around my ears mouth and nose before I could go to "Dry Cell" Cell D for Arraignment. I found the mask on the floor of the "Drunk Tank" and secured the Used Reused washed COVID-19 mask on my face because earlier in the year 2020 I refused to use a shower after a contaminated COVID-19 infected inmate used it so I was denied Arraignment until I felt it was safe to used the shower. The Shoshone-Bannock Tribal Correctional Facilities Officers have disposable KN-95 masks.

As I walked from the "Drunk Tank" to the "Dry Cell" for Court I seen Cell F Quarentined with what seemed like caution tape because of a COVID-19 infected inmate. Dreadful, shocked and debilified from a "Night of Terror after a hard day at work" I Lawrence Dancier Jackson had to gather my Strength and Courage to plead for my Life and Liberty in front of Judge Lunita Ariwite while I suffered and endured Malicious Harassments of "Remote Access" APT Brain-Computer Interface Torture.



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Lunita Ariwite__, who was acting as __Chief Judge__
    (defendant)                                                                      *(job title, if a person; function, if an entity)*

for the __Shoshone-Bannock Tribal Court__
    *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on __November 13, 2020__, Defendant did
    *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
During (CARES Act) Teleconference Justice COVID-19 Remote Communications
Judge Lunita Ariwite acting in her "Personal Capacity" during court action
taken while acting for the government, she held a brief disscussion about
a Personal Conversation we had about the FOIA request U.S. NCB-Interpol
Daniel Dembowski concerning Humanitarian Assistance, Slavery for Biotech research
Human Experiments, Brain-Computer Interface "Access Device".
   Judge Lunita Ariwite's brief Conversation and recollection of the
Substance of a Legal Document concerning Biological Terrorism during
COVID-19 displays that she knows of and disregards a serious medical
condition, that she is "aware of facts from which inference could be drawn."

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:
8th Amendment "Deliberate Indifference" that a substantial risk
of Harm Exists" Idaho Statute 18-2340. Official Neglect
                                    or Malfeasance.

4. I allege that I suffered the following injury or damages as a result:
I lost my Job    I have been subjected to "Economic Privation"
CARES Act Funding Deadlines to fix my home where I was born & released to.
I lost my Business License for 2021. I missed my Insurance Agent
State Farm meeting for Private Health Insurance. Privitization - I missed
months of DHS FEMA CDP + TEXAS A+M college credit hours of Certified HE.

5. I seek the following relief: Federal Translation of Idaho Statute 18-2340. Official Neglect or Malfe
   Prosecution to the fullest extent of the Law & or Federal Arbitration.
   ✱ $1,000,000 dollars.

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    ◯ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board
Council Complaint to the SB Tribes Attorney's Office

*(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 2_**

⑦

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing Lunita Ariwite , who was acting as Chief Judge
   *(defendant)*                                  *(job title, if a person; function, if an entity)*

for the Shoshone-Bannock Tribal Court
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on November 13, 2020 , Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
During (CARES Act) Teleconference Justice COVID-19 Remote Communications
Judge Lunita Ariwite in her "Personal Capacity" during Arraignment
proceedings court action taken while acting for the government,
violated 18 U.S. Code 1001 (a)(i) knowingly and willfully - falsifies,
conceals, or covers up by an trick, scheme, or device a material fact
   I requested a Petition for a Writ of Habeas Corpus and Judge Lunita
Ariwite claimed Incompetence then proceeded to switch my microphone off
Then deliberated with my Attorney Defending while Partner Prosecutes Barratry
Judge Lunita Ariwite committed me to a Dr. Dann Hall Eval incarceration
"under conditions posing substantial risk of serious harm" and in fact I have been
deprived of "the minimal civilized measures of life's necessities".

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: 18 U.S. Code 1001. Statements or Entries gen.
Article 1 Section 9 The privilege of the Writ of Habeas Corpus shall not be
suspended, ...   5th Amendment Due Process of Law "Bollinger v. Sharpe"
Dept. of Interior Office of Indian Affairs Constitution & Bylaws for the SB Tribes

4. I allege that I suffered the following injury or damages as a result: - Due Process of Law
Judge Lunita Ariwite's artifice has   - Bill of Rights
significantly contributed to wrongs and depredations of my
Inherent Dignity  Self-Determination  and has anthropomorphized
my "Self-Identified Targeted Disability" into a misrepresentation
of my Sovereign Mental Thought Process "Freedom of Conscience"

5. I seek the following relief: I request to exercise Article 1 of the
Fort Bridger Treaty of 1868 - "... deliver up the wrong-doer "
to the United States , ... , and in case they wilfully refuse so to do.

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or  💲
☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an* $1,000,000
entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board
Council Complaint to the SB Tribal Attorney's Office.

③

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Lunita Ariwite___, who was acting as ___Chief Judge___
   (defendant)                                          *(job title, if a person; function, if an entity)*

for the ___Shoshone-Bannock Tribal Court___
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on ___November 13 2020___, Defendant did
                                                          *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
___Judge Lunita Ariwite participated in a Criminal Conspiracy
in connection to gross flagrant violations of the
Idaho State Terrorist Control Act - Training Activities that
cross a U.S. Highway (Hwy 91) onto Private Property during
COVID-19 that involved direct violations of 18 U.S. Code 1343-
Fraud by wire, radio, or television - . . . or paid in connection
with a presidentially declared major disaster or emergency
(CARES Act) Teleconference Justice COVID-19 Remote Communications Fraud.___

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: ___Article 1 Idaho State Constitution Inherent Dignity
5th Amendment Due Process of Law "Bollinger v. Sharpe"
Due Process as Federal Equal Protection of Law    and
18 United States Code 1343 - fraud by wire radio or television___

4. I allege that I suffered the following injury or damages as a result:
___Judge Lunita Ariwite's Barratry has significantly contributed
to wrongs and depredations of my Idaho State Enfranchisement
of Inherent Dignity to Protect my own Person Family
Property and Business.___

5. I seek the following relief: ___Enforcement of the Law as written
Criminal Conspiracy  and 18 U.S. Code § 1343 - Fraud by
wire, radio, or television  $1,000,000 Idaho State Racketeering Act___

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or Civil
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an Remedies
entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. ___I sent a Judicial Review Board
Council Complaint Form into the SB Tribal Attorney's Office___

PRISONER COMPLAINT - p. 2_

*(Rev. 10/24/2011)*

(9)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Lunita Ariwite**, who was acting as **Chief Judge**
(defendant)                                                        (job title, if a person; function, if an entity)

for the **Shoshone-Bannock Tribal Court**.
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **December 22, 2020**, Defendant did
(dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Due to (CARES Act) Teleconference Justice COVID-19 Remote Communications on the Job Training, or lack Thereof,
Judge Lunita Ariwite grossly displayed "Personal Interest in a Public Contract" On December 22, 2020 I had a Pre-Trial Hearing at 9:30 AM. With Due Process of Notification my Pre-Trial Hearing was Cancelled and I was informed that Due to an outbreak of COVID-19 the SB Tribal Courts were Cancelled until Jan. 4, 2020. From the 14th Day of Dec. 2020 my SB CF Pod 300 housing unit has been COVID-19 nose swab tested Completely negative and daily Temperature checks. Time off delaying scheduled court proceedings during Christmas and New Years Eve. for over 2 weeks

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
Idaho Statute 18-7805. Racketeering-Civil Remedies
18 U.S. Code 2332a. Use of weapons of mass destruction
18 U.S. Code 2331.(B)(i) to intimidate or coerce. (B)(ii) to influence the

4. I allege that I suffered the following injury or damages as a result: policy of a gov. by
My Tribes Fort Bridger Treaty of 1868 intimidation or coercion; or
has been Breached by Judge Lunita Ariwite our Tribal Constitution and Bylaws have been scoffed at and my Inherent Dignity to Protect my Person Family Property and Business has been taken while the COVID-19 mutation outbreak has started now I am at God's mercy.

5. I seek the following relief: Immediate Enforcement of
the law as written to restore the Honors pledged in the
Fort Bridger Treaty of 1868 Article VI Supreme Law of the Land

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or $
[✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an $1,000,000
entity because of Defendant's acts, as allowed by law)*; or [✓] Defendant is an entity *(government or private business)*. RICO Act

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
◯ Yes  ✓ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board
Council Complaint Form into the SB Tribal Attorney's Office

**PRISONER COMPLAINT - p. 2_**                                                    *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Lunita Ariwite</u>, who was acting as <u>Chief Judge</u>
   (defendant)                                      *(job title, if a person; function, if an entity)*

for the <u>Shoshone-Bannock Tribal Court</u>
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>November 13, 2020</u>, Defendant did
                                                        *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
<u>During (CARES Act) Teleconference Justice COVID-19
Remote Communications Judge Lunita Ariwite's
Participation in a Behavioral Health Compounding Crime
Conspiracy has amount to a Supercilious Exhibition
of the Idaho Statute 18-8602. DEFINITIONS.
(i) (a) Human Trafficking" means: (i) (b) Human Trafficking
may include, but is not limited to, the use of the
following types of force, fraud, or coercion:
(i) (b) (viii) Abusing or threatening abuse of law or legal
process against the person or a third person.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
<u>22 U.S. Code Chapter 78 Human Trafficking Victims
Protection Act</u>

4. I allege that I suffered the following injury or damages as a result:
<u>Serious Human Rights Violation of the
Universal Declaration for Human Rights and
Grave Breaches of the Convention Against Torture and
other Cruel Inhuman or Degrading Treatment or
Punishment.</u>

5. I seek the following relief: <u>To Exercise Article 1 of the
Fort Bridger Treaty of 1868   Press Full charges
#$1,000,000 RICO Act.</u>

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. <u>I sent a Judicial Review Board
Council Complaint to the SBTribes Attorney's Office</u>

PRISONER COMPLAINT - p. 2_                                    *(Rev. 10/24/2011)*

(11)

# SHOSHONE-BANNOCK JUDICIAL COUNCIL COMPLAINT FORM

**INITIAL CONTACT INFORMATION**

Complainant Name: _Lawrence Dancier Jackson_

Phone No. _208 547 8342_ Address: _75 S. Treaty Hwy #6_
_Pocatello ID 83202_

**CRIMINAL ACTION:**

Type of Hearing: [ ] Arraignment [ ] Pre-Trial [ ] Trial [ ] Probation Violation

[✓] Other: _False Indictment . False Imprisonment . Corrupt Practise of Law_

**CIVIL ACTION:** _OBSTRUCTION OF THE POWERS OF CONGRESS._

Type of Hearing: [ ] Arraignment [ ] Pre-Trial [ ] Trial [ ] Probation Violation _ARTICLE 1 Section 9_

[✓] Other: _WRIT OF HABEAS CORPUS / 28 C.F.R. §16.41_

**JUVENILE ACTION:**

Type of Hearing: [ ] Arraignment [ ] Pre-Trial [ ] Trial [ ] Probation Violation

[ ] Other: _____

PROVIDE A COPY OF THE COURT ORDER IN QUESTION OR ANY OTHER INFORMATION RELEVANT TO THIS COMPLAINT

IS THE ACTION PENDING IN COURT? [ ] Yes [ ] No

HAS AS APPEAL BEEN FILED? [ ] Yes [ ] No     HAS THE APPEAL PERIOD LAPSED? [ ] Yes [ ] No

Date of Occurrence: _____

Type of issue: [✓] Due Process [ ] Court Order [ ] Prejudice Judge

Other: _I HAVE BEEN DENIED SUBSTANTIAL DUE PROCESS_

State the issue/complaint: _& ACCESS TO THE U.S. DISTRICT COURTS_

_OF IDAHO. THE SHO-BAN TRIBAL CORRECTIONS_

_LAW LIBRARY & FORMS REQUESTS ARE INADEQUATE TO_

_MAINTAIN THE PEACE_ (use additional paper as needed) _WITH THE UNITED STATES._

The Judicial Council does NOT reverse or set aside Tribal Court Orders. Those issues are to be heard by the Tribal Appeals Court or Federal Court.

Complaint Signature (required): _Lawrence D. Jackson_     Date: _Nov. 22, 2020_

SEND THIS JUDICIAL COMPLAINT FORM TO THE TRIBAL ATTORNEYS OFFICE IN CARE OF JUDICIAL COUNCIL LOCATED AT THE TRIBAL BUSINESS CENTER

****JUDICIAL COUNCIL USE ONLY****

Date Received by the Judicial Council: _____     Date Reviewed: _____

Date Completed: _____     Date met/called complainant: _____

(12)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Scott Heidi</u>, who was acting as <u>Tribal Public Defender</u>
   (defendant)                                    (job title, if a person; function, if an entity)

for the <u>Shoshone-Bannock Tribal Court</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>November 13, 2020</u>, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: Before (CARES Act) Teleconference Justice COVID-19 Remote Communications Arraignment Hearing on November 13, 2020 I had a Remote Communications visit with Public Defender Scott Heidi on a Justice Information sharing Device (CARES Act) while I was held against my will for pending charges. During the visit Scott Heidi spoke briefly to me about my Arraignment Hearing. I Lawrence Dancier Jackson requested that send a Petition for a Writ of Habeas Corpus, Scott Heidi replied that he never heard of a Petition for a Writ of Habeas Corpus and claimed Incompetence. Scott Heidi is a Licensed Attorney in a Bar Association. This false statement was a Perversion or Obstruction of Justice.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho Statute 18-315. Omission of Public Duty 18 U.S. Code 1001-(a)(2) knowingly and wilfully - makes any materially false, fictitious, or fraudulent statement or representation 18 U.S. Code 1343 - Fraud by wire, radio, or television

4. I allege that I suffered the following injury or damages as a result: Public Defender Scott Heidi's Omission of Public Duty has contributed to and in furtherance of violations of Idaho Statute 18-1505. Abuse and Exploitation of a Vulnerable Adult. I have been deprived of my Human Rights. Universal Declaration for Human Rights

5. I seek the following relief: Enforcement of the Law as written & I would like to Exercise Article 1 of the Fort Bridger Treaty of 1868. The Honor of the United States..."and it's honor is hereby pledged to keep it"

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*; and/or ☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business)* $1,000,000 RICO Act

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ◯ Yes ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board Complaint into the Shoshone-Bannock Tribal Attorney's Office.

(Rev. 10/24/2011)

PRISONER COMPLAINT - p. 2

(3)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Scott Heidi</u>, who was acting as <u>Tribal Public Defender</u>
   (defendant)                                      (job title, if a person; function, if an entity)

for the <u>Shoshone-Bannock Tribal Court</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>November 13, 2020</u>, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: During (CARES Act) Teleconference Justice COVID-19 Remote Communications Public Defender Scott Heidi in violation of SB Tribes Law and Order Code participated in a Criminal Conspiracy 1. Commit any Crime; or 2. Falsely and maliciously indict another for any crime; or to procure another to be charged or arrested for any crime; or 3. Falsely move or maintain any suit, action or proceeding; or 5. Commit any act injurious to the public health, morals, or for the perversion or obstruction of justice or the due administration of the Laws.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   15th Amendment Enfranchisement I work I pay taxes I vote I have the Right to 14th Amendment Equal Protection of the Law Idaho Statute 18-7805. Racketeering - Civil Remedies

4. I allege that I suffered the following injury or damages as a result: (Assimulative Accountability Act) Idaho State Constitution Article 1. Scott Heidi's Barratry has significantly contributed to wrongs and depredations of my Inherent Dignity to Protect my Person Family Property and Business. During a Presidentially ordered State-of-Emergency or COVID-19 Pandemic mutation outbreak.

5. I seek the following relief: Fort Bridger Treaty of 1868 Article 1 Idaho State Racketeering Act 18-7805. Civil Remedies or Federal + $1,000,000 Idaho/State Racketeering Act - Civil Remedies Translation of it.

6. I am suing Defendant in his/her [✓] personal capacity *(money damages from Defendant personally)*, and/or
   [✓] official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or [✓] Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ( ) Yes  (✓) No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board Council Complaint Form into the SB Tribal Attorney's Office

PRISONER COMPLAINT - p. 2_                                      *(Rev. 10/24/2011)*



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Scott Heidi</u>, who was acting as <u>Public Defender</u>
   (defendant)                                (job title, if a person; function, if an entity)

for the <u>Shoshone - Bannock Tribal Court</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>November 13, 2020</u>, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):* <u>During (CARES Act) Teleconference Justice COVID-19 Remote Communications Scott Heidi's participation in a Behavioral Health compounding Crime Conspiracy has amount to a Contrivance that Exhibits the meaning of Idaho Statute 18-8602. DEFINITIONS. (1)(a) Human Trafficking means: (1)(b) Human Trafficking may include, but is not limited to, the use of the following types of force, fraud, or coercion: (1)(b)(iii) Abusing or threatening abuse of law or legal process against the person or a third person (1)(b)(v) Using a condition of servitude by means of any scheme, plan or pattern.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: <u>22 USC Chapter 78 Human Trafficking Victims Protection Act</u>

4. I allege that I suffered the following injury or damages as a result: <u>Serious Human Rights Violations of the Universal Declaration for Human Rights and the Convention Against Torture and other Cruel Inhuman or Degrading Treatment or Punishment.</u>

5. I seek the following relief: <u>To Exercise Article 1 of the Fort Bridger Treaty of 1868 Press full charges and $1,000,000 Idaho State Racketeering Act - CIVIL REMEDIES</u>

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business).*

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. <u>I sent a Judicial Review Board Complaint into the SB Tribes Attorneys office</u>

   *(Rev. 10/24/2011)*



(15)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Leslie St. Clair**, who was acting as **Tribal Prosecutor**
   (defendant)                                         (job title, if a person; function, if an entity)

   for the **Shoshone - Bannock Tribes**
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **November 13, 2020**, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
   During (CARES Act) Teleconference Justice COVID-19 Remote Communications Tribal
   Prosecutor Leslie St. Clair who is an Officer of the Dept. of Interior Bureau of Indian
   Affairs SB Tribes, in Her "Personal Capacity" by breaching Her sworn oath of Office
   "to Defend the Constitution of the United States" while acting for the government
   "Knowingly" with a general knowledge of, or actual or constructive knowledge of accepting
   the Omission of Material Facts in a Police Report or a False Report by Patrol Officer
   C. Sweat with or without a understanding of the "Criminal Conspiracy" to be revealed
   by the "Manifest of Intention", Leslie St. Clair "wilfully engaged in Barratry
   and or Malfeasance. (42 USC 1986 provides that persons who fail to prevent wrongful
   conspiracy as described in § 1985 may be liable to the Party injured)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
   Constitution, federal statutes, or state laws: 28 US Code § 530B. Ethical Standards
   for Prosecutors Act, 18 US Code 1343 - Fraud by wire, radio, or
   Television, Robert T. Stafford Disaster Relief and Emergency Assistance Act
   (42 USC 5122), Fort Bridger Treaty of 1868, Executive Order 13818

4. I allege that I suffered the following injury or damages as a result: Global Magnisky Act
   Abuse and Exploitation of a Vulnerable Adult (Idaho Statute 18-1505)
   During Presidentially Ordered operation Warp Speed I have been held
   against my will subject to Malicious Prosecution, I have been committed to
   incarceration "under conditions posing a substantial risk of harm," and I have been
   deprived of "the minimal civilized measures of Life's necessities." Farmer v. Brennan
   511 U.S. 825, 834 (1994)

5. I seek the following relief: I want to press full
   Charges Prosecution of 18 USC 1343 & 28 USC 530B Criminal Conspiracy
   Barratry, Official Neglect or Malfeasance (Idaho Statute 18-2340 Fed Translation)

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an* $1,000,000
   *entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business).* RICO Act

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ☑ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board
   Complaint into the SB Tribal Attorney's Office.

*(Rev. 10/24/2011)*


16

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing __Leslie St. Clair__, who was acting as __Tribal Prosecutor__
   (defendant)                                          (job title, if a person; function, if an entity)

for the __Shoshone-Bannock Tribes__
(state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on __November 12, 2020__, Defendant did
   (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
During (CARES Act) Teleconference Justice COVID-19 Remote Communications Tribal Prosecutor Leslie St. Clair who is an Officer of the Dept. of Interior Bureau of Indian Affairs Shoshone-Bannock Tribes, in Her "Personal Capacity" by breaching Her sworn Oath of Office "to Defend the Constitution of the U.S.", while acting for the government "Knowingly" with general knowledge of or actual or constructive knowledge of a "Criminal Conspiracy" in Falsely moved or maintain any suit, action or proceedings; by Barratry and/or Malfeasance. A prosecutor does not have absolute immunity if the prosecutor is ~~needed~~ "preforming merely "investigatory or administrative functions, or [when he or she] is essentially functioning as a police officer or detective."
Broam v. Bogan, 320 F.3d, 1023, 1028 (9th Cir. 2003)

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho State Human Trafficking Victims Protection Act 18-8602. Definitions. (1)(b) Human Trafficking may include... (1)(b)(iii.) Abusing or threatening abuse of law or legal process against the person or a third person; Title 22 US Code Chapter 78 Human Trafficking victims protection Act

4. I allege that I suffered the following injury or damages as a result:
Abuse and Exploitation of a Vulnerable Adult (Idaho Statute 18-1505) Leslie St Clair's Artifice has significantly contributed to wrongs and depredations of my Idaho State Constitutional Inherent Dignity to Protect my Person Family Property and Business.

5. I seek the following relief: To Exercise Article 1 of the Fort Bridger Treaty of 1868 "... deliver up the wrong-doer to the United States,... and in case they wilfully refuse so to do..." Press full Charges Human Trafficking

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or
☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)* $1,000,000 RICO Act

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ◯ Yes  ⊘ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I sent a Judicial Review Board Complaint into the SB Tribal Attorney's Office.



# SHOSHONE-BANNOCK TRIBAL COURT
## FORT HALL RESERVATION, IDAHO
### Criminal Division

|  |  |  |
|---|---|---|
| **Shoshone-Bannock Tribes,** | ) | Case No. <u>2020-CR-AR-1463; 2020-CR-DV-1464</u> |
| Plaintiff | ) | <u>2020-CR-MD-1465/1466</u> |
| Vs. | ) | |
| | ) | Master File No. <u>1395</u> |
| **Lawrence Jackson** | ) | |
| Defendant | ) | **NOTICE OF HEARING** |

<u>Pre-Trial Conference</u>
ACTION

TO: <u>Lawrence Jackson – Defendant</u>

      YOU ARE HEREBY NOTIFIED that the above-entitled case(s) has been

set for Hearing on the <u>11th</u> Day of <u>January</u>, 2021, at <u>9:00</u> a.m.

Before the Presiding Judge, at the Shoshone-Bannock Tribes Justice Center located on E. Agency Road, Fort Hall, ID.

    If there are witnesses to be notified contact Prosecutor's or your Advocates Office at least (7) days prior to the hearing date and submit your witness list to your Advocate.

Dated this <u>8th</u> Day of <u>January</u> 2020.

_RoseMary Orozco_
Clerk of the Court

****CERTIFICATE OF SERVICE****

I, the undersigned, do hereby acknowledge receipt of the above Notice of Hearing on

The <u>8</u> day of <u>January</u>, 2021.

_Lawrence Jackson_                                    _____
Signature of Receipt                                    Servicing Officer

X <u>LJ</u> By affixing my foregoing initials, I hereby waive my five (5) days notice.



SHOSHONE-BANNOCK TRIBAL COURT
FORT HALL RESERVATION, IDAHO – CRIMINAL DIVISION

### PRE-TRIAL CONFERENCE

MF: 1395

Defendant's Name:  Lawrence Jackson                                      Date:  01/11/2021

| Defendant | Defense counsel: | Tribal Prosecutor: |
|---|---|---|
| ✗ Present | Public Defender: Office No. (208) 236-1050 | Byram Beckstead |
| Not present | ☑ S. Heide ☐ W. Edmo III | Leslie St. Clair |
| Re-issue notice | Pro Se | Matthew Glover |
| Bench Warrant – No Bond | Advocate: | |

**#1**  2020-CR-AR-1463   Intoxicated Persons                                    § 8-1-115

Set for:  ☐ Sentencing: change of plea      ☐ Dismissal for change of plea      ☐ Dismissal: other      ✗ Trial   ☐ PTC

| Negotiated Agreement | Fines: | Court Costs: | ☐ CTS | | ☐ alc/drug eval (follow) |
|---|---|---|---|---|---|
| | Jail: | Suspend: ☐ all ☐ | days | ☐ consec ☐ conc | ☐ DUI course |
| | | | | | ☐ anger management |
| | Probation: | | ☐ Sup ☐ Unsup | ☐ consec ☐ conc | ☐ victim's impact panel |

Other conditions: _____ Stip the __ None _____

**#2**  2020-CR-DV-1464 (8-3-16(a)); 2020-CR-MD-1465 (8-1-61); 2020-CR-MD-1466 (8-1-91)

Set for:  ☐ Sentencing: change of plea      ☐ Dismissal for change of plea      ☐ Dismissal: other      ☐ Trial   ☐ PTC

| Negotiated Agreement | Fines: | Court Costs: | ☐ CTS | | ☐ alc/drug eval (follow) |
|---|---|---|---|---|---|
| | Jail: | Suspend: ☐ all ☐ | days | ☐ consec ☐ conc | ☐ DUI course |
| | | | | | ☐ anger management |
| | Probation: | | ☐ Sup ☐ Unsup | ☐ consec ☐ conc | ☐ victim's impact panel |

Other conditions: _____

* The Court does not have to accept these recommendations: it may impose additional sanctions or remand the charges back to pre-trial conference. *

_____ **I understand I am giving up rights to which I am entitled**, including (1) the right to a speedy trial by jury, (2) the right to remain silent, (3) the right to cross-examine witnesses, (4) the presumption of innocence (guilt must be proven beyond a reasonable doubt). I enter this plea of my own free will, with knowledge of the charge and the maximum penalty. I was not forced or threatened to change my plea. **Further, I authorize the Court to accept this plea agreement without further hearing.**

| ✗✗ Lar Jackson 1/11/21 | (signature) January 21 | (signature) 1/11/21 |
|---|---|---|
| Defendant                          Date | Defender/Advocate              Date | Tribal Prosecutor              Date |

### SENTENCING

IT IS HEREBY ORDERED that the penalties set forth above, with any amendments made by the Court, are to be imposed and are effective immediately. All fines and court costs are due within 30 days of this order. The Defendant has the option of community service on the fine portion only. Bonds are exonerated. The Defendant must sign up for Probation within seven (7) days of this order with ☐ R. Adams ☐ M. Gallardo

_____                                       01/11/2021
Tribal Judge                                                                    Date

### NOTICE OF HEARING

_Jury Trial cases must also be set for Further Proceedings hearing. Defendant and Counsel must be present by 8:30 a.m. on Trial date._

These cases are set for a Further Proceedings hearing on the  16  day of  April , 20 21 at 10:00 A.M.

These cases have been set for a  Jury Trial  hearing on the  22  day of  April  2021 at  9:00  am/pm.
**To the Defendant: This is your formal notice for the next hearing. No further notice will be issued. Failure to appear may result in a warrant being issued for your arrest.**

### CERTIFICATE OF SERVICE

I certify that I delivered a true and correct copy of the above-entitled matter to all parties.   _JaNeva Jake_     01/11/2021
                                                                                         Court Clerk/Advocate              Date



# SHOSHONE-BANNOCK TRIBAL COURT
## FORT HALL INDIAN RESERVATION, IDAHO
### CRIMINAL DIVISION

Shoshone-Bannock Tribes,      )     Case No. **2020-CR-MD-1465**
                Plaintiff  )
Vs.                        )    Master File No. **1395**
                       )
**Lawrence Jackson**           )     **ORDER OF COMMITMENT**
                Defendant

The above-named defendant having this day    ( **X** )   Pled Not Guilty
                                        (   )   OTHER: _____

Of violation of Chapter    **8**    Section    **1-61**    **(OR)**   LWOR- _____ Of the
Shoshone-Bannock Tribal Law & Order Code by committing the offense(s) of:
**Threatening**

I have adjudged that he/she should be placed in the custody and control of the Fort Hall Jail.

WHEREFORE, IT IS ORDERED that the said Defendant:

     ( **X** )   Be detained by the Fort Hall Jail and held to answer to this Court to the charge above-stated;
            Or until a Bond of   $     **500.00**
            ( **X** ) Cash   (   ) Cash/Surety    (   )   Property is paid to the Tribal Court.

     ( **X** )   Upon posting bond, the Defendant is to return for:
            (   ) Arraignment   ( **X** ) Pre-Trial   (   ) Sentencing   (   ) Probation Violation
            On the    **22nd**    Day of     **December**    , 2020, at    **9:00**    a.m.

     (   )   Be committed to the Fort Hall Jail until a   $ _____ Fine and/or   $ _____ Court Costs are paid.

     (   )   The defendant is to be held on NO BOND until further orders of the Court or until final
            adjudication of the case(s) listed above.

## THIS ORDER IS A:

     ( **X** ) Temporary Commitment

DATED this     **13th**     Day of      **November**      2020.

                                     **Judge of the Shoshone-Bannock Tribal Court**



**SHOSHONE-BANNOCK TRIBAL COURT**
**FORT HALL INDIAN RESERVATION, IDAHO**
**CRIMINAL DIVISION**

| | |
|---|---|
| Shoshone-Bannock Tribes, | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| **Lawrence Jackson** | ) |
| Defendant | |

Case No. **2020-CR-DV-1464**

Master File No. **1395**

## ORDER OF COMMITMENT

The above-named defendant having this day   ( **X** )  Pled Not Guilty
( )  OTHER: _____

Of violation of Chapter   **8**   Section   **3-16(a)**   **(OR)**   LWOR- _____ Of the
Shoshone-Bannock Tribal Law & Order Code by committing the offense(s) of:
**Domestic Abuse Act** _____

I have adjudged that he/she should be placed in the custody and control of the Fort Hall Jail.

WHEREFORE, IT IS ORDERED that the said Defendant:

( **X** )  Be detained by the Fort Hall Jail and held to answer to this Court to the charge above-stated;
Or until a Bond of   $  **2,500.00** ____
( **X** ) Cash   ( ) Cash/Surety   ( ) Property is paid to the Tribal Court.

( **X** )  Upon posting bond, the Defendant is to return for:
( ) Arraignment   ( **X** ) Pre-Trial   ( ) Sentencing   ( ) Probation Violation
On the   **22nd**   Day of _____ **December** _____, 2020, at   **9:00**   a.m.

( )  Be committed to the Fort Hall Jail until a   $ _____ Fine and/or   $ _____ Court Costs are paid.

( )  The defendant is to be held on NO BOND until further orders of the Court or until final
adjudication of the case(s) listed above.

**THIS ORDER IS A:**

( **X** )  Temporary Commitment

DATED this   **13th**   Day of _____ **November** _____ 2020.

_____
**Judge of the Shoshone-Bannock Tribal Court**



## SHOSHONE-BANNOCK TRIBAL COURT
### FORT HALL INDIAN RESERVATION, IDAHO
### CRIMINAL DIVISION

Shoshone-Bannock Tribes,          )     Case No.    **2020-CR-MD-1466**
             Plaintiff )

Vs.                   )     Master File No.    **1395**
             )

**Lawrence Jackson**        )     **ORDER OF COMMITMENT**
          Defendant

The above-named defendant having this day    ( **X** )   Pled Not Guilty
                                           (    )   OTHER:

Of violation of Chapter    **8**    Section    **1-91**    **(OR)**    LWOR-           Of the
Shoshone-Bannock Tribal Law & Order Code by committing the offense(s) of:
**Obstructing an Officer**

I have adjudged that he/she should be placed in the custody and control of the Fort Hall Jail.

WHEREFORE, IT IS ORDERED that the said Defendant:

    ( **X** )   Be detained by the Fort Hall Jail and held to answer to this Court to the charge above-stated;
          Or until a Bond of   $    **250.00**
          ( **X** )   Cash   (    )   Cash/Surety   (    )   Property is paid to the Tribal Court.

    ( **X** )   Upon posting bond, the Defendant is to return for:
          (    )   Arraignment   ( **X** )   Pre-Trial   (    )   Sentencing   (    )   Probation Violation
          On the    **22nd**    Day of     **December**     , 2020, at    **9:00**    a.m.

    (    )   Be committed to the Fort Hall Jail until a   $      Fine and/or   $     Court Costs are paid.

    (    )   The defendant is to be held on NO BOND until further orders of the Court or until final
          adjudication of the case(s) listed above.

## THIS ORDER IS A:

    ( **X** )   Temporary Commitment

DATED this    **13th**    Day of     **November**     2020.

                                                **Judge of the Shoshone-Bannock Tribal Court**



# SHOSHONE-BANNOCK TRIBAL COURT

## FORT HALL RESERVATION, IDAHO
## CRIMINAL DIVISION

Shoshone-Bannock Tribes,                    )     Case No.  **2020-CR-AR-1463**
                                Plaintiff   )
                                            )
Vs.                                         )
                                            )     Master File No.  **1395**
**Lawrence Jackson**                        )
                                Defendant   )     **ORDER FOR TEMPORARY RELEASE**

TO THE KEEPER OF THE FORT HALL JAIL:

Application having been made to this Court for the Temporary Release of the above-named defendant, and this court having been satisfied that the granting of such released is in the best interest of justice;

YOU ARE HEREBY ORDERED:

To release from your physical custody the above-named defendant on   [ X ]  His/Her own recognizance

Said Defendant is not to violate any State, Federal, or Tribal Laws during his or her release and shall further comply with the following terms and conditions:

To return for:  [ X ] Pre-Trial   [ ] Trial   [ ] Sentencing   [ ] 0Probation Violation
   **22nd** day of  **December** , 2020 at  [ X ]  9:00 a.m.  [ ] 3:00 p.m.

[ X ] The defendant is not to violate any State, Federal, or Tribal Laws, or Release will be Revoked and/or Bonds Forfeited and New Bonds imposed.

[ X ] Failure to appear for said hearing will result in a Bench Warrant being issued. MANDATORY APPEARANCE.

[ X ] Conditional Release: Defendant is not to incur any further violations of Tribal, State, or Federal Law or this release will be Revoked and Max Cash bonds will be imposed.

[ ] Stipulations: _____

_____

In the event the above-named defendant fails to comply with any of the above-mentioned terms and conditions in any fashion;

YOU ARE FURTHER ORDERED to cause said defendant to be seized forthwith and restored to your custody and control;

IT IS FURTHER ORDERED that all violations of the terms and condition of this order will be reported by you to the Prosecutors Office, Fort Hall, Idaho.

Dated this  **13th**  day of  _____November_____ , 2020

_____
Judge, Shoshone-Bannock Tribal Court

I, THE UNDERSIGNED, DO HEREBY CERTIFY THAT I HAVE READ THE ABOVE AND FOREGOING ORDER FOR TEMPORARY RELEASE AND THE CONDITIONS THEREIN, AND THAT I FULLY UNDERSTAND AND AGREE AS THEREIN STATED.

_____
Defendant

_____
Corrections Officer/Witness

_____
Other Responsible Party:



**SHOSHONE-BANNOCK TRIBAL COURT**
**FORT HALL RESERVATION, IDAHO**
**CRIMINAL DIVISION**

| SHOSHONE-BANNOCK TRIBES, | DOMESTIC ABUSE NO CONTACT ORDER |
|---|---|
| PLAINTIFF, | |
| | **2020-CR-DV-1464** |
| VS | |

**Jackson, Lawrence,**
**DOB:  11/17/1982**
**DEFENDANT.**

| Sex: M | Race: Am. Indian | Ht: 5'11" |
|---|---|---|
| Hair: Black | Eyes: Brown | Wt: 270 Lbs |

The above named Defendant is charged by criminal complaint with the offense of Domestic Abuse, in violation of LWOR-07-S2, § II, (A)(1) of the Shoshone-Bannock Tribes Domestic Abuse Act. The Defendant is hereby ordered, pursuant to Section II(F) of the Shoshone-Bannock Tribes Domestic Abuse Act, to have no contact with the victim, **Thedore Jackson**, D.O.B., **08/26/1960**, who resides at **75 S Treaty Hwy #6  Fort Hall, ID**.

**Type of contact (if any) permitted:**

| ☐ | In person | ☐ | Text Message |
|---|---|---|---|
| ☐ | Telephone | ☐ | E-mail |
| ☐ | IM/Webcam/Internet chat | ☐ | Other: _____ |

**It is ordered that the Defendant SHALL NOT:**

1. Unless permitted above, contact the victim, the victim's family or household members, in person, via telephone, mail, E-mail, text, Internet chat, Webcam, Instant Messages (IM), through a third party, or by any other means, directly or indirectly, except for mailing or service of process of court documents by an unrelated third party.
2. Come within 500 feet of the victim, victim's family or household members, or enter or knowingly come within, or knowingly remain within 500 feet of such persons' residence, regular abode, school, daycare, or place of work.
3. Reside with the victim during the duration of this order.
   a. If the Defendant wishes to obtain necessary personal items and tools necessary for employment from the residence, the Defendant **SHALL** contact a law enforcement officer for assistance in removing these items. Law enforcement officers shall have discretion in determining what constitutes necessary tools and personal belongings.
   b. Any invitation to reside with or contact initiated by the victim named in this order DOES NOT void this order, and the Defendant is warned to **stay away** and **not reside** with the victim, even if invited or asked to do so by the victim.
4. Engage in **ANY** conduct which may cause, is likely to cause, or is an attempt to cause physical harm, bodily injury, assault, mental harm or anguish, or is harassing, threatening or stalking in nature.

**WARNINGS TO DEFENDANT:**
This DOMESTIC ABUSE ACT NO CONTACT ORDER shall remain in effect for **one (1) year** from the date of entry or until the final adjudication of the above captioned case. **Only** the Shoshone-Bannock Tribal Court may alter the terms or expiration date of this order.
    Further, violation of this DOMESTIC ABUSE ACT NO CONTACT ORDER may be charged as a **separate crime** from the above captioned case under LWOR-07-S2, § II, A(3) of the Shoshone-Bannock Tribes Domestic Abuse Act. A **violation** of this Domestic Abuse Act No Contact Order **could result in 1 year imprisonment, a $5,000 fine or both.**
    This order shall be enforced, even without registration, by the courts of any State, the District of Columbia, any U.S. Territory, and any Indian Tribe, per 18 U.S.C. § 2265. **Violation of this order, or any of its provisions, violates Federal law and may result in Federal imprisonment, per 18 U.S.C. § 2262.**

| _____ _____ | _____ _____ |
|---|---|
| Defendant                            Date | Tribal Court Judge                    Date |

White Copy-Master File          Yellow-Law Enforcement          Pink-Defendant          Additional copies: Victim, Prosecutors and Defendant's Advocate

24

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Byram Beckstead**, who was acting as **Tribal Prosecutor**
   (defendant)                                    *(job title, if a person; function, if an entity)*

for the **Shoshone-Bannock Tribal Court**
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **January 11, 2021**, Defendant did
                                                    *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
Byrom Beckstead a Tribal Prosecutor who is an Officer of the
Department of Interior Bureau of Indian Affairs SB Tribes, in His
"Personal Capacity" while acting for the government. "Knowingly"
with a general knowledge of, or actual or constructive knowledge of
a False Indictment and or Bad Faith Report Byrom Beckstead accepted
SB Tribal Officer C. Sweat's Omission of Material Facts with or without
a understanding of the "Criminal Conspiracy" to be revealed by the
"Manifest of Intention". Byrom Beckstead "willfully" engaged in
Barratry and or Malfeasance. 42 USC 1986 provides that persons who fail to
prevent a wrongful conspiracy as described in §1985 may be liable to the
party injured

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws:  Racketeering RICO Act
28 U.S.C 530B. Ethical Standards for Prosecutor's Act
Section 805. Providing Material Aid + Support or Expert Advise and
Assistance to Terrorism. Idaho Statute 18-2310. Official Neglect or Malfeasance

4. I allege that I suffered the following injury or damages as a result: A Loss of substantial
8th Amendment Cruel and Unusual Punishment. Inherent Dignity to Protect
Due Process Rights. Idaho State Constitutional Incarceration
My Person Family Property + Business during COVID-19 Pandemic.
"under conditions posing a substantial risk of serious harm".

5. I seek the following relief: Prosecution and Enforcement of the Idaho State
Racketeering Act 18-7805. Racketeering-Civil Remedies and/or RICO Act
$1,000,000 × 3 = $3,000,000

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or
☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ○ Yes ●No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
   jail or prison grievance remedies were not exhausted. I have sent a Judicial Review Board
Council Complaint into the SB Tribal Attorney's Office

*(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 2**

Chapter; except that such proceedings shall not be required to be conducted if the petition is filed sooner than six (6) months after the issuance of the order of commitment or sooner than one (1) year after the filing of a previous petition under this section.

**Section 13** Right to Humane Care and Treatment

Every patient shall be entitled to humane care and treatment and, to the extent that facilities, equipment and personnel are available, to medical care and treatment in accordance with the highest standards accepted in medical practice.

**Section 14** Patient's Civil Rights

(a) Subject to the general rules and regulations of the institution or facility in which the patient has been placed, and except to the extent that the head of said institution or facility determines that it is necessary for the medical welfare of the patient to impose restrictions, every patient shall be entitled:

1. To communicate by sealed mail or otherwise, with persons, including official agencies, inside or outside the institution or facility; and

2. To receive visitors; and

3. To exercise all civil rights, including the right to dispose of property, execute instruments, make purchases, enter contractual relationships, and vote unless he has been adjudicated incompetent and has not been restored to legal capacity.

(b) Notwithstanding any limitations authorized under this Section on the rights of communication, every patient shall be entitled to communicate by sealed mail with the Court.

(c) Any limitations imposed by the head of the institution or facility on the exercise of these rights by the patient and the reasons for such limitations shall be made a part of the clinical record of the patient.

**Section 15** Right of Appeal

Any individual detained pursuant to this Chapter shall be entitled to appeal any final order of commitment pursuant to the rules and procedures found under Chapter 4 of this Code.

Inmate Copy

270-b



**Section 16**

**Violations of Provisions**
Any Indian person violating any provisions of Sections 13 or 14 of this Chapter shall be guilty of an offense and subject to a fine of not more than Five-Hundred Dollars ($500) or a sentence of not more than six (6) months imprisonment, or both.

Any non-Indian person violating any provisions of Section 13 or 14 of this Chapter shall be subject to a civil cause of action by the patient or his legal guardian, spouse, parent or next of kin.  In such civil action the named plaintiff(s) may be awarded punitive damages as well as general damages.

Any person found to have violated any provisions of Sections 13 or 14 of this Chapter who was employed by the Shoshone Bannock Tribe at the time the violation occurred shall also be subject to dismissal by the Business Council.

**Section 17**

**Detention Pending Judicial Determination**
Notwithstanding any other provision of this Code, no patient with respect to whom proceedings for judicial commitment have been commenced shall be released or discharged during the pendency of such proceedings, any subsequent review or appeal, unless ordered by the Court or a judge thereof upon the application of the patient, or his legal guardian, parent, spouse or next of kin, or upon the report of the Department or its designated representative that the patient may be released or discharged with safety.



Inmate Copy



(27)

Inmate Copy

# SHOSHONE-BANNOCK CORRECTIONAL FACILITY

# MEDICAL REQUEST FORM

DATE: 1/3/2020    POD: 800    MEDICAL: ✓  DENTAL: _____  VISION: _____

INMATE NAME: Lawrence Dancier Jackson

COMPLAINT:

I Request to schedule an Appointment with an Audiologist to follow-up on the Physical Exams I had with Dr. Vook & Dr. Sawyer. I am recieving an "Initization Vectored" - radioed "Remote Access" Transcranial Magnetic Stimulations to my Primary Auditory Cortex, which have been Tuned in to Develop Electronic Communications that I can comprehend through Disruptions that sonificate my Broca's Area, Fissure of Rolondo & Wernicke's Area. I need a Medical Device that can Detect my Microvolts of Imagined speech & amplify the μV into MilliVolts of Computer Coded Language mV. "neural ensembles"

NURSE'S COMMENTS:

You will need to do this once you are released from Jail.

LOGGED ON COMPUTER: _____   ORIGINAL IN FILE: ✓   COPY TO INMATE: ✓

Inmate C

DATE & TIME RECIEVED 1/3/21 @ 1120 hrs

OFFICER NAME & # Burnett #34

DATE & TIME ANSWERED 1/4/21 0720

NURSE SIGNATURE ___ RN



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing ___Nurse Brandy___, who was acting as ___Nurse___
    (defendant)                                      (job title, if a person; function, if an entity)

for the ___Shoshone-Bannock Correctional Facility___
    (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on ___1·4·2021___, Defendant did
                                                        (dates)

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
Nurse Brandy refused to provide medical care and treatment in accordance with the highest standards accepted in medical practise. According to SB Tribes Law and Order Code Detention of Mentally Ill persons Section 13 Right to Humane Care and treatment and Section 14 Patients Civil Rights. Acting in her "Personal Capacity" the defendant's actions caused the deprivation of the constitutional Right 8th Amendment prevention of Cruel and Unusual Punishment. I requested a follow-up schedule appointment to an Audiologist which clearly presented "... [+]The existence of an injury that a reasonable doctor or patient would find important and worthy of comment or treatment, the presence of a medical condition that significantly affects

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the *an individuals' daily activities.* Constitution, federal statutes, or state laws: Idaho Statute 18-2510.(5)(c)(iv)
Idaho Statute 18-315. Omission of Public Duty.
SB Tribes Law and Order Code 'Detainment of Mentally Ill Persons' Section 16
Violations of Provisions Idaho Statute 18-611. Freedom of Conscience for Health Care Professionals

4. I allege that I suffered the following injury or damages as a result:
Nurse Brandy's Malpractise and flagrant disregard for Her hippocratical oath has directly involved her in a Behavioral Health Compounding Crime Conspiracy which has Libel my Sovereign Mental Thought Process "Freedom of Conscience" into a seditious misdiagnosis to conceal 18 USC 2340 a Torture and Human Trafficking Slavery for biotech research and human experiments.

5. I seek the following relief: To Prosecute SB Tribes Correctional Facility Nurse for Racketeering Idaho Statute 18-7805. RACKETEERING - CIVIL REMEDIES.
"Assimulative Accountability Act" $1,000,000

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or ☐ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
    ☑ Yes  ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I complaint to the Sergent & to the Captain.

**PRISONER COMPLAINT - p. 2**

*Judge* ... *because* I requested a Petition for a Writ of Habeas Corpus.
● 25 U.S. CODE § 175. United States attorneys to represent Indians ●

(29)

## SHOSHONE-BANNOCK CORRECTIONAL FACILITY

## **INMATE COMPLAINT FORM**

DATE: 1/4/2020    INMATE NAME: Lawrence D. Jackson    POD: 300

COMPLAINT: According to the Shoshone-Bannock Law and Order Code:
Detainment of Mentally Ill Person(s). section 13 (Page 270-b)
Right to Humane Care and Treatment. Every patient shall be entitled to
humane care and treatment and, to the extent that facilities, equipment
and personnel are available, to medical care and treatment in
accordance with the highest standards accepted in medical practise.
    I am held against my will with an 3,500$ cash only bail
that is unreasonable, especially since I am Detained because of
a Criminal Conspiracy. I have been denied a Follow-up Visit to
an Audiologist to verify substantial Allegations of Slavery for
Biotech research and Human Experiments of "Remote Access"
APT - Torture Interrogation which has became Tantamount to
NAZI GERMANY ADOLF HITLER'S AUSCHWITZ JEWISH CONCENTRATION
CAMPS HUMAN EXPERIMENTS.    SB TRIBES LAW & ORDER CODE
DETAINMENT OF MENTALLY ILL PERSON(S) SECTION 14. PATIENTS CIVIL RIGHTS
(c) ANY LIMITATIONS IMPOSED... & SECTION 16. VIOLATIONS OF PROVISIONS.
*************************DO NOT WRITE BELOW THIS LINE*************************

WHY AM
I DENIED
HUMANE
CARE
&
TREATMENT

ACTION TAKEN:
Spoke with Nurses about the situation. No Audiology appointments
are made through the facilities capacity, due to covid restrictions.
Will pass on to Dan Hall with Mental Health as this complaint form also
has no persons to be addressed to.

LOGGED ON COMPUTER: _____    ORIGINAL IN FILE: _____    COPY TO INMATE: _____

4 JAN 13:00

Inmate Copy

DATE & TIME RECEIVED: 1·4·2021

OFFICER NAME & #: K. Mountain Sheep  #307

DATE & TIME ANSWERED: 01·04·2021

OFFICER NAME & #: Scott Mountain Sheep  #307

EVENT# 1376725



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Sgt. K. Mountain Sheep**, who was acting as **Sergent**
   *(defendant)*                                         *(job title, if a person; function, if an entity)*

for the **Shoshone-Bannock Correctional Facility**
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **1.4.2021**, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*: **disregarded the section 16 Violations of Provision of the SB Tribes Law and Order Code Detainment of Mentally Ill Persons by, pawning off a phone call to schedule an appointment to follow-up a physical exam with an Audiologist as "COVID Restrictions" Limit the Facilities Capacity to make phone calls. Also section 14 Patient's Civil Rights (c) Any limitations imposed by the Head of the institution or facility on the exercise of these rights by the patient and the reason for such limitations shall be made a part of the Clinical record of the Patient. Sgt. K. Mountain Sheep's "Deliberate Indifference to the Section 16 Violations of Provisions, Compounding Crime, has continued in furtherance to aid and abet a Racketeering Enterprise of Slavery for Biotech Research of Cruel and Unusual**

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the **Punishment** Constitution, federal statutes, or state laws: **Idaho Statute 18-315 Omission of Public Duty, Human Experiments. 8th Amendment Cruel and Unusual Punishment, Affirmative Action Criminal Conspiracy. Idaho Statute 18-8602 (i)(b)(iii) abusing or threatened abuse of Law or Legal Process against the person. Racketeering**

4. I allege that I suffered the following injury or damages as a result: **Cruel and Unusual Punishment · incarceration "under conditions posing a substantial risk of serious harm." I have been deprived of "the minimal civilized measures of life's necessities." I have been continuously exposed to Radiation and Radioactive from a Remote Radiology 5th Generation Weapons Attack.**

5. I seek the following relief: **To Prosecute K. Mountain Sheep for Racketeering to aid and abet Human Trafficking and Domestic Terrorism and or Section 805 Providing Material Aid and Support or Expert Advise and Assistance to TerrorisM**

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an* **$** *entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)* **$ 1,000,00** **RICO A...**

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. **I continued to appeal this Complaint to Captain E. Hernandez.**

*(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 2**

**30**

Shoshone-Bannock Law and Order Code *Detainment of "Mentally Ill persons"
Section 16 Violations of Provisions & or file a Civil Action with the
U.S. Courts

## SHOSHONE-BANNOCK CORRECTIONAL FACILITY
### ✗ ✗ ✗ APPEAL TO CAPTAIN ✗ ✗ ✗
### **INMATE COMPLAINT FORM**

(31)

DATE: 1/4/2020   INMATE NAME: Lawrence D. Jackson   POD: 300

COMPLAINT: I have been subjected to Slavery for Biotech research and Human Experiments. I hear "Voices in my Mind" of Section 215 Electronic Communications that are Sexually humiliating, Racial Hate, Racial Discrimination, Broadcast Sedition and Malicious Harassment of Low-class Bioneuropsychology.
I have been Court Ordered to a Examination because I requested a Petition for the Writ of Habeas Corpus at my Arraignment. I have been filing Civil Action Against these State-Sponsored Terrorists for Human Trafficking in the U.S. Florida Southern District Courts Ft. Lauderdale JACKSON v. JPAY Inc.
I have been Examined by Dr. Vook & Dr. Sawyer at the Nat-soo-gah-nee IHS and I need to schedule a Follow-up Appointment to be seen by an Audiologist. I am held against my will because of an ongoing Criminal Conspiracy as a "Detainment of a Mentally Ill Person(s)" I have the Right to Humane Care and Treatment According to Shoshone-Bannock Law and Order Code and I also have "Patient's Civil Rights!" **Idaho Code 18-8602. Definitions (1)(b)iii** Abusing or threatened abuse of law or legal process... is Human Trafficking or Conspiracy to aid & abet.

*****************************DO NOT WRITE BELOW THIS LINE*******************************

ACTION TAKEN:

Forward To Captain
Spoke to on 01·06·21 @ 1230 hrs w/ Dan Hall.

LOGGED ON COMPUTER: ✓   ORIGINAL IN FILE: ✓   COPY TO INMATE: ✓

4 JAN 15:13

Inmate Copy

DATE & TIME RECEIVED: _____

OFFICER NAME & #: YC# 319

DATE & TIME ANSWERED: 12·06·21 @ 1300 hrs

EVENT# 1377146

OFFICER NAME & #: Shanard #301



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Captain E. Hernandez</u> who was acting as <u>Captain # 301</u>
   (defendant)                                          *(job title, if a person; function, if an entity)*

for the <u>Shoshone-Bannock Correctional Facility</u>
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on <u>1·06·2021</u>, Defendant did
                                                          *(dates)*
the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):

Captain E. Hernandez responded to an appealed complaint form with an artifice of contrivance that manifested a "Deliberate Indifference" to the Infiltration of a Organized Criminal Enterprise into the SB Tribal Correctional Facilities Capacity, this "Dereliction of Duty" to enforce the Shoshone-Bannock Law and Order Code, Detainment of Mentally Ill Persons) Section 16 Violations of Provisions as written, has ~~moved~~ shown Captain E. Hernandez's 'reckless abandonment of Her subordinates, Professional Responsibilities and span of control of Her subordinates, which has provided Section 805 Material Aid and Support and or Expert Advise and Assistance to Terrorism, and Human Trafficking

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: Idaho Statute 18-315 Omission of Public Duty, USA PATRIOT REAUTHORIZATION ACT, Title 22 U.S. Code Section 805 USA PATRIOT REAUTHORIZATION ACT, Chapter ~~no~~ 78 Human Trafficking Victims Protection Act. 8th Amendment prevention of Cruel and Unusual Punishment

4. I allege that I suffered the following injury or damages as a result: Cruel and Unusual Punishment - incarceration "under conditions posing a substantial risk of serious harm." I have been deprived of "the minimal civilized measures of Life's necessities." I have been continuously exposed to Radiation & Radioactivity from a Remote Radiology 5th Generation Weaponry Attack

5. I seek the following relief: To Prosecute Captain E. Hernandez for Racketeering to aid and abet Human Trafficking and Domestic Terrorism and or Expert Advise & Assistance to Terrorism Section 805 Providing Material Aid and Support *(money damages from Defendant personally)*, and/or $ 1,000,0

6. I am suing Defendant in his/her ☐ personal capacity *(money damages from Defendant personally)*, and/or $ 1,000,0
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*. RICO A

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. I appealed this complaint to Captain E. Hernandez who gave me no further available actions.

                                                          *(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 2_**



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing <u>Captain E. Hernandez</u>, who was acting as <u>Captain # 301</u>
   (defendant)                                    (job title, if a person; function, if an entity)

for the <u>Shoshone - Bannock Correctional Facility</u>
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on <u>1·06·2021</u>, Defendant did
                                                              (dates)

the following (state how Defendant participated in the violation and include the reason Defendant so acted if known):
<u>Captain E. Hernandez Knowingly Obstructed Justice to
aid and abet Human Trafficking with intent to avoid, evade, prevent, or obstruct compliance,
in whole or in part, with any civil investigative demand duly and
properly made under the Anti-trust Civil Process Act, willfully withholds,
misrepresents, removes from any place, conceals, covers up, destroys,
mutilates, alters, or by other means falsifies any documentary material,
answers to written interrogatories, or oral testimony, which is the
subject of such demand; or attempts to do so or solicits another to do so; or
E. Hernandez destroyed a Inmate Copy of Sgt. K Mountainsheep Jail Logs of the
the Incident Complaint.</u>

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the
Constitution, federal statutes, or state laws: <u>8th Amendment</u>
<u>18 U.S. Code 1505 if the offense involves domestic terrorism
Section 805 USA PATRIOT REAUTHORIZATION ACT</u>

4. I allege that I suffered the following injury or damages as a result:
<u>8th Amendment Cruel and Unusual Punishment incarceration "under
conditions posing a substantial risk of serious harm," "deprivation of
"the minimal civilized measure of life's necessities," "atypical and
significant hardship on the inmate in relation to the ordinary incidents
of prison life"</u>

5. I seek the following relief: <u>To Prosecute Captain E. Hernandez for
Racketeering to aid and abet Human Trafficking & Terrorism</u>
$ <u>$1,000,000 RICO Act Idaho State Racketeering Act CIVIL REMEDIES</u>

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an
entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
☑ Yes ☐ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full
jail or prison grievance remedies were not exhausted. <u>1 Complaint Formed to Captain
E. Hernandez who completely disregarded & refuse to comply</u>
                                                              (Rev. 10/24/2011)

**PRISONER COMPLAINT - p. 2_**

departments, agencies, and committees

(34)

## SHOSHONE-BANNOCK CORRECTIONAL FACILITY

## **INMATE COMPLAINT FORM**

DATE: 1.5.2020   INMATE NAME: Lawrence D. Jackson   POD: 300

COMPLAINT: The Shoshone-Bannock Correctional facility's Captain has knowingly "Obstructed Justice" by delaying, impedeing, hindering or otherwise endeavors to influence, obstruct, or impede the due and proper administration of the Law under which any pending proceeding is being held before any department or agency of the United States.

~~Under~~ Shoshone-Bannock Law & Order Code,
Detainment of Mentally Ill Person(s)
Section 13  Right to Humane Care and Treatment
Section 14  Patient's Civil Rights
I Lawrence Dancer Jackson have been denied 'Right to Humane Care and Treatment and my Patient's Civil Right have been 'Deliberately Disregarded'! I appealed a complaint to the SBCF's Captain with a notice that I am pursuing charges According to Section 16 Violations of Provisions. My Complaint has been Obstructed.

*****************************DO NOT WRITE BELOW THIS LINE*****************************

ACTION TAKEN:
Spoke to on 01.06.21 @1230 hours w/Dan Hall.

LOGGED ON COMPUTER: ____✓____   ORIGINAL IN FILE: ____✓____   COPY TO INMATE: ____✓____

Inmate COPY

5 JAN 2021

DATE & TIME RECEIVED: _____   5 JAN 17:23

OFFICER NAME & #: 10#319

DATE & TIME ANSWERED: 12.06.21 @ Book

OFFICER NAME & #: Kennad #301

EVENT# 1377147



# IDAHO CODE -

TITLE 18
CRIMES AND PUNISHMENTS
CHAPTER 6
ABORTION AND CONTRACEPTIVES

18-611.   FREEDOM OF CONSCIENCE FOR HEALTH CARE PROFESSIONALS.   (1) As used in this section:

(a)   "Abortifacient" means any drug that causes an abortion as defined in section 18-604, Idaho Code, emergency contraception or any drug the primary purpose of which is to cause the destruction of an embryo or fetus.

(b)   "Conscience" means the religious, moral or ethical principles sincerely held by any person.

(c)   "Embryo" means the developing human life from fertilization until the end of the eighth week of gestation.

(d)   "Fetus" means the developing human life from the start of the ninth week of gestation until birth.

(e)   "Health care professional" means any person licensed, certified or registered by the state of Idaho to deliver health care.

(f)   "Health care service" means an abortion, dispensation of an abortifacient drug, human embryonic stem cell research, treatment regimens utilizing human embryonic stem cells, human embryo cloning or end of life treatment and care.

(g)   "Provide" means to counsel, advise, perform, dispense, assist in or refer for any health care service.

(h)   "Religious, moral or ethical principles," "sincerely held," "reasonably accommodate" and "undue hardship" shall be construed consistently with title VII of the federal civil rights act of 1964, as amended.

(2)   No health care professional shall be required to provide any health care service that violates his or her conscience.

(3)   Employers of health care professionals shall reasonably accommodate the conscience rights of their employees as provided in this section, upon advanced written notification by the employee. Such notice shall suffice without specification of the reason therefor. It shall be unlawful for any employer to discriminate against any health care professional based upon his or her declining to provide a health care service that violates his or her conscience, unless the employer can demonstrate that such accommodation poses an undue hardship.

(4)   No health care professional or employer of the health care professional shall be civilly, criminally or administratively liable for the health care professional declining to provide health care services that violate his or her conscience, except for life-threatening situations as provided for in subsection (6) of this section.

(5)   The provisions of this section do not allow a health care professional or employer of the health care professional to refuse to provide health care services because of a patient's race, color, religion, sex, age, disability or national origin.

(6)   If a health care professional invokes a conscience right in a life-threatening situation where no other health care professional capable of treating the emergency is available, such health care



professional shall provide treatment and care until an alternate health care professional capable of treating the emergency is found.

(7)  In cases where a living will or physician's orders for scope of treatment (POST) is operative, as defined by the medical consent and natural death act, and a physician has a conscience objection to the treatment desired by the patient, the physician shall comply with the provisions of section 39-4513(2), Idaho Code, before withdrawing care and treatment to the patient.

(8)  Nothing in this section shall affect the rights of conscience provided for in section 18-612, Idaho Code, to the extent that those rights are broader in scope than those provided for in this section.

History:
   [18-611, added 2010, ch. 127, sec. 1, p. 273; am. 2011, ch. 225, sec. 1, p. 612.]



 **Idaho Statutes**

TITLE 18
CRIMES AND PUNISHMENTS
CHAPTER 2
PERSONS LIABLE, PRINCIPALS AND ACCESSORIES

18-215.  ADMISSIBILITY OF STATEMENTS BY EXAMINED PERSON. A statement made by a person subjected to psychiatric or psychological examination or treatment pursuant to sections 18-211, 18-212 or 19-2522, Idaho Code, for the purposes of such examination or treatment shall not be admissible in evidence in any criminal proceeding against him on any issue other than the defendant's ability to assist counsel at trial or to form any specific intent which is an element of the crime charged, except that such statements of a defendant to a psychiatrist or psychologist as are relevant for impeachment purposes may be received subject to the usual rules of evidence governing matters of impeachment.

History:
[I.C., sec. 18-215, as added by 1972, ch. 336, sec. 1, p. 855; am. 1980, ch. 312, sec. 5, p. 802; am. 1982, ch. 368, sec. 5, p. 923.]

How current is this law?

**Search the Idaho Statutes and Constitution**



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Dr. Dann Hall**, who was acting as **Psychologist**
   (defendant)                                      (job title, if a person; function, if an entity)

   for the **Shoshone - Bannock Correctional Facility**
   (state, county, city, federal government, or private entity performing a public function)

2. *(Factual Basis of Claim)* I am complaining that on **1·06·2021**, Defendant did
   (dates)

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:

   Compounding Crimes. Dr. Dann Hall "wilfully" and "Knowingly" participated in a Behavioral Health Compounding Crime Conspiracy by concealing information from Captain E. Hernandez about the "Remote Radiology" MK-ULTRA Biological weapons tests and developments & Human Experiments occuring here at the Shoshone - Bannock Correctional Facility.
        In the CIA-KYBARK it explains how psychologists & counselors breach their hippocratical oaths to misdiagnose mental disabilities to conceal Torture or Human Experiments. Dr. Dann Hails Breach of his Professional Responsibility is tantamount to Abu Gihraib Psychologists Criminal Conduct.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   Idaho Statute 18-611.(1)(h),(6). Idaho Statute 18-215.
   Dept of Interior Office of Indien Affair Constitution & Bylaws for the SB Tribes
   Bill of Rights "Freedom of Conscience" 18 U.S. Code 2340A. Torture

4. I allege that I suffered the following injury or damages as a result:
   8th Amendment Cruel & Unvsual Punishment incarceration "under conditions posing a substantial risk of serious harm," deprivation of "the minimal civilized measure of lifes necessities." "atypical and significant hardship on the inmate in relation to the ordinary incidents of prison Life."

5. I seek the following relief: To Prosecute Dr. Dann Hall for Racketeering to aid and abet Human Trafficking & Domestic Terrorism
   $1,000,000 × 3  Idaho State Racketeering Act - CIVIL REMEDIES RICO

6. I am suing Defendant in his/her ☑ personal capacity *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑ Yes ○ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Included in Lawsuit & I am filing another Civil Action Law suit against the CFS.

*(Rev. 10/24/2011)*

**C.** DEFENDANT(S) AND CAUSE(S) OF ACTION

**1.** I am suing Six Unknown Named Agents of Fed. Bureau of Narcotics

**2.** I am complaining that on March **25, 2020** since President Donald Trump declared the COVID-19 State-of-Emergency Defendant(s) did the following:

Six Unknown Named Agents of Fed. Bureau of Narcotics have "knowingly" and "wilfully" lead and have been in charge of a Continuous Criminal Enterprise of Human Trafficking and Racketeering to aid and abet "Biological Terrorism" during COVID-19 that has infiltrated the Shoshone-Bannock Justice System. The sophistication and planning involved in this Bayesian-Interface "Remote Radiology"-"CIA-KUBARK" Narcotics Study "KICA" of an Indigenous People's endurance during a Pandemic is a Biological Intelligence Activity distinctive in Euthanasia as Calculated Genocide.

This Organized Crime operation is simular in nature to the bungled **APT-10** Beijing FBI Law Enforcement Training Activity that was tantamount to Espionage. The Serious Human Rights violations occuring that I Lawrence Dancier Jackson have suffered and endured because of this Organized Crime operation of "Domestic Terrorism" and "Human Trafficking" poses a threat to the publics Health and Safety and should be subject to criminal sanctions. Official Neglect or Malfeasance is not a "Necessary Evil" it is Racketeering. 50 U.S. Code §1801(b) "Agent of a Foreign Power" means (2) any person who-(E) knowingly aids or abets any person in the conduct of activities described in subparagraph (A), (B), or (C) or knowingly conspires with any person to engage in activities described in subparagraph (A), (B), or (C).

**3.** I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws: **13** Amendment, **8**th Amendment, **14**th Amendment, **5**th Amendment, **4**th Amendment, and the **United States WAR Crimes Act** in 1996, **18** USC 2340A 18 U.S. Code §1343 - Fraud by wire, radio, or television

4. I allege that I suffered the following injury or damages as a result: (4D)

Extreme mental pain & suffering. Biological Radiation Effects. Slavery for Biotech Research and Human Experiments. Malicious Meta Programming Pavlovian Conditioning, Classical Conditioning Seditious Libel, Sexual Degrading Treatment Racially Hateful Torment

5. I seek the following relief:
18 U.S. Code 1343 + Idaho State Racketeering Act — CIVIL REMEDIES  $ 3,000,000 x 6 for Each Agents Involvement and or Prosecution for "Domestic Terrorism" Use of weapons of mass destruction.

6. I am suing Defendant in his/her
☑ personal capacity
☑ official capacity
☑ ; or Defendant is an entity

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated. ☑ yes ○ no
Included in lawsuit & FOIA requests & appeals & Government Correspondences.



# 18 U.S. Code § 1343 - Fraud by wire, radio, or television

Whoever, having devised or intending to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice, shall be fined under this title or imprisoned not more than 20 years, or both. If the violation occurs in relation to, or involving any benefit authorized, transported, transmitted, transferred, disbursed, or paid in connection with, a presidentially declared major disaster or emergency (as those terms are defined in section 102 of the Robert T. Stafford Disaster Relief and Emergency Assistance Act (42 U.S.C. 5122)), or affects a financial institution, such person shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

(Added July 16, 1952, ch. 879, § 18(a), 66 Stat. 722; amended July 11, 1956, ch. 561, 70 Stat. 523; Pub. L. 101–73, title IX, § 961(j), Aug. 9, 1989, 103 Stat. 500; Pub. L. 101–647, title XXV, § 2504(i), Nov. 29, 1990, 104 Stat. 4861; Pub. L. 103–322, title XXXIII, § 330016(1)(H), Sept. 13, 1994, 108 Stat. 2147; Pub. L. 107–204, title IX, § 903(b), July 30, 2002, 116 Stat. 805; Pub. L. 110–179, § 3, Jan. 7, 2008, 121 Stat. 2557.


42

## 20. TORTURE (18 U.S.C. 2340A)

Section 2340A of Title 18, United States Code, prohibits torture committed by public officials under color of law against persons within the public official's custody or control. Torture is defined to include acts specifically intended to inflict severe physical or mental pain or suffering. (It does not include such pain or suffering incidental to lawful sanctions.) The statute applies only to acts of torture committed outside the United States. There is Federal extraterritorial jurisdiction over such acts whenever the perpetrator is a national of the United States or the alleged offender is found within the United States, irrespective of the nationality of the victim or the alleged offender.



## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Six Unknown Named**, who was acting as **Agents**
   *(defendant)*                              *(job title, if a person; function, if an entity)*

   for the **Fed. Bureau of Narcotics**
   *(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **November 12, 2020**, Defendant did
   *(dates)*

   the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known)*:
   Lead a Criminal Conspiracy to procure me to be charged for crimes for the perversion or obstruction of justice or the due administration of the laws, so I could be Human Trafficked into the Sho-Ban Correctional Facility, because of the Force Fraud or Coercion of a "Remote Radiology" Brain-Computer Interface "Avatar Chat" CIA-KUBARK Principle tactics of Coercion, to introduce "Idaho Statute 18-2510. (B)(C) "Major Contraband" means (iv) Any telecommunication...... that is designed or intended to recieve or transmit verbal or written messages.... allows communication in any form.... The term also includes any new technology that is developed for similar purposes." for a Torture entrapment operation against my will.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
   13 Amendment, 8th Amendment, 5th Amendment 4th Amendment Human Trafficking Victims Protection Act-22 USC Chapter 78 18 USC 2340A TORTURE. Idaho State Racketeering Act # 18 USC 1343

4. I allege that I suffered the following injury or damages as a result:
   8th Amendment Cruel and unusual Punishment Torture, Slavery, Humiliation, Sexual Degrading Treatment Racially Hateful Torment Mental pain and anguish Theft of Intellectual Property, Threatened Administration of Mind altering substances.

5. I seek the following relief: Prosecution. To Charge these Six Unknown Named Agents of Fed. Bureau of Narcotics with Torture and Racketeering and Slavery # 18 USC 1343 # $1,000,000 × 3 RICO Act

6. I am suing Defendant in his/her ☑personal capacity *(money damages from Defendant personally)*, and/or ☑official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ☑Yes ◯No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. Included in Causes of Action and Years of petitions for redress.

*(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 2**

(2)  Any person who violates the provisions of subsection (1) of this section shall be guilty of a misdemeanor and on conviction shall be punished by a fine not exceeding one thousand dollars ($1,000) or imprisonment in the county jail for a period not exceeding one (1) year, or both.

[18-2508, added 1972, ch. 336, sec. 1, p. 897; am. 2019, ch. 146, sec. 1, p. 497.]

18-2510.  POSSESSION, INTRODUCTION OR REMOVAL OF CERTAIN ARTICLES INTO OR FROM CORRECTIONAL FACILITIES. (1) No person including a prisoner, except as authorized by law or with permission of the facility head, shall knowingly:

(a)  Introduce, or attempt to introduce, contraband into a correctional facility or the grounds of a correctional facility; or

(b)  Convey, or attempt to convey, contraband to a prisoner confined in a correctional facility; or

(c)  Possess, or attempt to possess, contraband within a correctional facility; or

(d)  Receive, obtain or remove, or attempt to receive, obtain or remove, contraband from a correctional facility.

(2)  Any person including a prisoner who violates any provision of subsection (1) of this section shall be guilty of a misdemeanor and on conviction thereof shall be punished by imprisonment in the county jail for a period not exceeding one (1) year or by a fine not exceeding one thousand dollars ($1,000), or by both such imprisonment and fine.

(3)  No person including a prisoner, except as authorized by law or with permission of the facility head, shall knowingly:

(a)  Introduce, or attempt to introduce, major contraband into a correctional facility or the grounds of a correctional facility; or

(b)  Convey, or attempt to convey, major contraband to a prisoner confined in a correctional facility; or

(c)  Possess, or attempt to possess, major contraband within a correctional facility; or

(d)  Receive, obtain or remove, or attempt to receive, obtain or remove, major contraband from a correctional facility.

(4)  Any person including a prisoner who violates any provision of subsection (3) of this section shall be guilty of a felony and on conviction shall be punished by imprisonment in the state prison for a period not exceeding five (5) years or by a fine not exceeding ten thousand dollars ($10,000), or by both such imprisonment and fine.

(5)  As used in this section:

(a)  "Contraband" means any article or thing that a prisoner confined in a correctional facility is prohibited by statute, rule or policy from obtaining or possessing and the use of which could endanger the safety or security of the correctional facility, any person therein or the public.

(b)  "Correctional facility" means a correctional facility as defined in section 18-101A, Idaho Code.

(c)  "Major contraband" means:

(i)  Any controlled substance as defined in section 37-2701 (e), Idaho Code;

(ii) Any tobacco product in excess of three (3) ounces;



5

(iii) Any firearm or dangerous weapon including explosives or com-
bustibles or any plans or materials that may be used in the making
or manufacturing of such weapons, explosives or devices;
(iv)  Any telecommunication equipment or component hardware in-
cluding, but not limited to, any device carried, worn or stored
that is designed or intended to receive or transmit verbal or writ-
ten messages, access or store data or connect electronically to
the internet or any other electronic device that allows communi-
cations in any form.  Such devices include, but are not limited to,
cellular telephones, portable two-way pagers, hand-held radios,
global position satellite system equipment, subscriber identity
module (SIM) cards, portable memory chips, batteries, chargers,
blackberry-type devices or smart phones, personal digital assis-
tants or PDA's and laptop computers.  The term also includes any
new technology that is developed for similar purposes.  Excluded
from this definition is any device having communication capabili-
ties that has been approved by the facility head for investigative
or institutional security purposes or for conducting other offi-
cial business;
(v)  Any object or instrument intended or reasonably likely to
be used in the planning or aiding in an escape or attempted escape
from a correctional facility.
(d)  "Prisoner" means a prisoner or a juvenile offender as those terms
are defined in section 18-101A, Idaho Code.

[18-2510, added 2012, ch. 82, sec. 2, p. 234.]


(46)

## C. DEFENDANT(S) AND CAUSE(S) OF ACTION

*(Copy and use a separate page for each defendant and each different type of claim; for example, if you have two different claims against one defendant, you will use two pages. Attach a continuation page if needed, but try to be brief.)*

1. I am suing **Six Unknown Named**, who was acting as **Agents**
   *(defendant)*                          *(job title, if a person; function, if an entity)*

for the **Shoshone-Bannock Tribal Justice Center**
*(state, county, city, federal government, or private entity performing a public function)*

2. *(Factual Basis of Claim)* I am complaining that on **March 25, 2020**, Defendant did
   *(dates)*

the following *(state how Defendant participated in the violation and include the reason Defendant so acted if known):*
since President Donald Trump declared the COVID-19 State-of-Emergency, the Defendants have been using the "Shoshone-Bannock Sex Crimes Act" definitions "Sexual Crimes" 'sting operation' or 'covert operation" the internet transmission of sexually offensive materials, combined with Remote Radiology "Remote Access" (Bioneuropsychology, Bioneurophysiology) Neuro-Linguistic Programming Narcologist Brain Hi-Jacking (Not Geo) APT-BCI (Advanced Persistent Threat (APT) Brain-Computer Interface (BCI)) "Avatar Chat" MK-ULTRA as devices of Torture Interrogation and Contrivance to act as 50 U.S. Code 1801(b) "Agent of Foreign Power" means (2) any person who - (E) aids or abets or conspires. FBI Law Enforcement Training Activities similar in nature to APT-10 Beijing and tantamount to Espionage.

3. *(Legal Basis of Claim)* I allege that the acts described above violated the following provisions of the Constitution, federal statutes, or state laws:
14th Amendment 13th Amendment 8th Amendment 5th Amendment 4th Amendment 18 U.S. Code 1343 - Fraud by wire radio or television. Torture 18 USC 2340A U.S. WAR Crimes Act in 1996   Cyber Security Enhancement Act of 2015

4. I allege that I suffered the following injury or damages as a result:
Extreme Mental Pain & Suffering, Biological Radiation Effects Slavery for Biotech Research and Human Experiments. Malicious Meta Programming, Pavlovian Conditioning, Classical Conditioning Seditious Libel, Sexual Degrading Treatment, Racially Hateful Torment

5. I seek the following relief: 18 U.S. Code 1343 + Idaho State Racketeering Act - CIVIL REMEDIES $3,000,000 x 6 for Each Agents Involvement and or Prosecution for "Domestic Terrorism" use of weapons of mass destruction.

6. I am suing Defendant in his/her ☐ personal capacity. *(money damages from Defendant personally)*, and/or
   ☑ official capacity *(seeking an order for Defendant to act or stop acting in a certain way; or money damages from an entity because of Defendant's acts, as allowed by law)*; or ☑ Defendant is an entity *(government or private business)*.

7. For this claim, I exhausted the grievance system within the jail or prison in which I am incarcerated.
   ⊘ Yes  ◯ No. If "Yes," briefly explain the steps taken to exhaust; if "No," briefly explain why full jail or prison grievance remedies were not exhausted. *Included in Law suit.*



TITLE 18
CRIMES AND PUNISHMENTS
CHAPTER 78
RACKETEERING ACT

18-7805.   RACKETEERING — CIVIL REMEDIES. (a) A person who sustains injury to his person, business or property by a pattern of racketeering activity may file an action in the district court for the recovery of three (3) times the actual damages proved and the cost of the suit, including reasonable attorney's fees.

(b)   The state, through the attorney general or the proper county prosecuting attorney, may file an action on behalf of those persons injured or to prevent, restrain or remedy racketeering as defined by the racketeering act.

(c)   The district court has jurisdiction to prevent, restrain and remedy racketeering after making provisions for the rights of all innocent persons affected by such violation and after hearing or trial, as appropriate, by issuing appropriate orders. Prior to a determination of liability, such orders may include, but are not limited to, entering restraining orders or prohibitions or taking such other actions, including the acceptance of satisfactory performance bonds, in connection with any property or other interest subject to damages, forfeiture or other restraints pursuant to this section as it deems proper.

(d)   Following a determination of liability, such orders may include, but are not limited to:

(1)  Ordering any person to divest himself of any interest, direct or indirect, in any enterprise;

(2)  Imposing reasonable restrictions on the future activities or investments of any person;

(3)  Ordering dissolution or reorganization of any enterprise;

(4)  Ordering the payment of three (3) times the damages proved to those persons injured by racketeering;

(5)  Ordering the suspension or revocation of a license, permit or prior approval granted to any enterprise by any agency of the state;

(6)  Ordering the forfeiture of the charter of a corporation organized under the laws of the state or the revocation of a certificate authorizing a foreign corporation to conduct business within this state; and

(7)  Ordering the payment of all costs and expenses of the prosecution and investigation of any offense included in the definition of racketeering incurred by a municipal, county or state government agency to the agency incurring the costs or expenses.

History:
[18-7805, added 1981, ch. 219, sec. 1, p. 409; am. 1998, ch. 111, sec. 1, p. 415.]



## D. PREVIOUS OR PENDING LAWSUITS

I have pursued or am now pursuing the following other lawsuits: *(include (1) all lawsuits in state or federal court related to the subject matter of this action, and (2) any federal court civil rights lawsuits, related or unrelated, and note whether you have received a strike under 28 U.S.C. § 1915(g) for filing a complaint that is frivolous, malicious, or fails to state a claim upon which relief can be granted.)*

| Court | Case No. | Case Name | Status of Case | Strike? |
|-------|----------|-----------|----------------|---------|
| Federal | 0:20-cv-60510-AHS | JACKSON v. JPAY Inc. | CLOSED | 3 |

## E. REQUEST FOR APPOINTMENT OF ATTORNEY

I do ☑ do not ○ request that an attorney be appointed to represent me in this matter. I believe that I am in need of an attorney for these particular reasons which make it difficult for me to pursue this matter without an attorney: I am a Shoshone-Bannock Tribes #4476-C Indian 25 U.S. Code §175. United States attorneys to represent Indians - In all States and Territories where there are reservations or allotted Indians the United States attorney shall represent them in all suits at law and in equity. also (Public Law 93-638) Technical Assistance

## F. DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury:

that I am the plaintiff in this action, that I have read the complaint, and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621; and

that I deposited this complaint postage prepaid in a United States postal depository unit on _____ *(date)*; OR that I gave the complaint to prison officials for mailing and filing with the Clerk of Court under the indigent inmate policy on 1·18·21 *(date)*; OR *(specify other method)*

Executed at Shoshone-Bannock Tribal Corrections on 01·18·2021
    *(Location)*                                        *(Date)*

Lawrence Dancier Jackson
*Plaintiff's Original Signature*

*Note: Fill in the page numbers. Keep one copy of the complaint for yourself (or you may send a copy to the Clerk of Court with your original complaint so that the Clerk can stamp the date and case number on the copy and return it to you), but do not send extra copies of the complaint to the Court for Defendants or otherwise. Do not attach original exhibits to your complaint, such as your only grievance copy. Do not attach more than 25 pages of exhibits. If you have more exhibits, wait until the Court determines you can proceed and then seek leave to file them for an appropriate purpose. After your complaint has been filed, it must be reviewed by a federal judge to determine whether you can proceed.*

*(Rev. 10/24/2011)*

**PRISONER COMPLAINT - p. 3_**