UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LAWRENCE DANCIER JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHOSHONE-BANNOCK TRIBAL JUSTICE CENTER; TRIBAL PATROL OFFICER C. SWEAT; LUNITA ARIWITE; SCOTT HEIDE; LESLIE ST. CLAIR; BYRAM BECKSTEAD; SIX UNKNOWN NAMED AGENTS OF THE FED. BUREAU OF NARCOTICS; and SIX UNKNOWN NAMED AGENTS OF THE SHOSHONE-BANNOCK TRIBAL JUSTICE CENTER,<br><br>　　　　　Defendants. | Case No. 4:21-cv-00036-DCN<br><br>**SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE** |

　　　　Plaintiff Lawrence Dancier Jackson is an enrolled member of the Shoshone-Bannock Tribes and is currently incarcerated in the Shoshone-Bannock Tribal Justice Center. The Court previously reviewed Plaintiff's amended complaint, pursuant to 28 U.S.C. §§ 1915 and 1915A, and determined that it failed to state a claim upon which relief could be granted. *See Initial Review Order*, Dkt. 12. The Court gave Plaintiff an opportunity to file a Second Amended Complaint, which Plaintiff has now done. *See* Dkt. 13.

　　　　The Court retains its screening authority under 28 U.S.C. §§ 1915 and 1915A and has reviewed the Second Amended Complaint. However, the Second Amended Complaint

SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE - 1

fails to remedy the deficiencies identified by the Court in the Initial Review Order.

**ACCORDINGLY, IT IS ORDERED** that, for the reasons stated in this Order and the Initial Review Order (Dkt. 12), this entire case is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. *See* 28 U.S.C. §§ 1915(e)(2)(B) & 1915A(b).

DATED: August 16, 2021

David C. Nye
Chief U.S. District Court Judge